20cv1929 WMWDTS

RECEIVED
SEP 10 2020
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# A

SCANNED
SEP 10 2020
U.S. DISTRICT COURT ST. PAUL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brock Fredin,

        Plaintiff,        Court File No. 17-cv-03058 (SRN/HB)

v.

Lindsey Middlecamp,

        Defendant.

## DECLARATION OF JAMIE KREIL

I, Jamie Kreil, declare as follows:

1. I submit this affidavit in support of Defendant's motion for summary judgment. I ask that this affidavit remain Confidential pursuant to the Court's Protective Order, and that Plaintiff Brock Fredin be prevented from contacting me or retaliating against me in any way for my participation as a witness in this case. I understand, however, that if this case proceeds to a jury trial I may be subject to a subpoena and examination at trial.

2. On February 22, 2017, I saw a Citypages article about Plaintiff Brock Fredin and his harassment of two local women. I had never spoken to or been aware of other women victimized by Brock Fredin prior to that date.

3. After seeing the article in Citypages, I wrote and published a post on Facebook identifying Brock Fredin as the man who raped me in 2010. A true and correct

copy of that post is attached hereto as Exhibit A. My statements in the post are true. The post has always been set to "public," allowing others to share or view it even if they are not my Facebook friends.

4. After I posted my experience, I communicated with Lindsey Middlecamp via Facebook Messenger. She and I had never met or spoken prior to that. Lindsey Middlecamp offered to connect me with a local rape survivor support community.

5. During our conversation, I also authorized Lindsey Middlecamp to share my Facebook post on her Twitter account to help share my story and keep others safe.

Dated: September 3, 2020                    /s/ *Jamie Kreil*
                                             Jamie Kreil

2

| Sign Up | | Email or Phone | Password | Log In |

Forgot account?



**Jamie Kreil Bajurny**
February 22, 2017

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

http://www.citypages.com/.../accused-stalker-brock-.../414395703

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More
Facebook © 2020

I've been debating whether or not to post this, but I feel I must. This man raped me 7 years ago. The St. Louis Park police didn't take me seriously then, but I hope they will see now that he is a predator. As I type these words, my hands are shaking, my breath is short, and I have a deep, pulsing ball in the pit of my stomach. This is the physical manifestation of the PTSD I have as a result of him violating my body and robbing me of my dignity. I resent the fact that the police let my case drop. It would have spared his future victims from the heartache and trauma they are most certainly enduring now.




CITYPAGES.COM
**Accused stalker Brock Fredin is writing a horror story, and he's the main character | City Pages**

37                            26 Comments  12 Shares

Share

**See more of Jamie Kreil Bajurny on Facebook**

| Log In | or | Create New Account |