# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>       Plaintiff,<br><br>v.<br><br>Jamie Kreil,<br><br>       Defendant. | Case No. 0:20-cv-01929-SRN-HB |

## JAMIE KREIL'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND TO DESIGNATE BROCK FREDIN A VEXATIOUS LITIGANT

Jamie Kreil hereby moves the Court to dismiss the Complaint filed by Brock Fredin pursuant to Federal Rule of Civil Procedure 12(b)(6) and to declare Fredin a vexatious litigant. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

| | |
|---|---|
| DATED:  October 15, 2020 | **ROBINS KAPLAN LLP**<br><br>By:  /s/ *Anne M. Lockner*<br>Anne M. Lockner (0295516)<br>J. Haynes Hansen (Bar No. 0399102)<br>Ena M. Kovacevic (Bar No. 0400149)<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, Minnesota 55402<br>T: (612) 349-8500<br>F: (612) 339-4181<br>alockner@robinskaplan.com<br>ekovacevic@robinskaplan.com<br>hhansen@robinskaplan.com<br><br>*Counsel for Defendant Jamie Kreil* |