UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>      Plaintiff,<br><br>v.<br><br>Jamie Kreil,<br><br>      Defendant. | Case No. 0:20-cv-01929-SRN-HB |

**JAMIE KREIL'S LR 7.1(a)(1) MEET-AND-CONFER STATEMENT ON MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND TO DESIGNATE BROCK FREDIN A VEXATIOUS LITIGANT**

Pursuant to Local Rule 7.1(a)(1), Jamie Kreil certifies that her counsel attempted to meet and confer in good faith with Brock Fredin regarding the Motion by sending several emails requesting a telephonic conference on that topic. Fredin declined and said that he would not confer beyond email notifications regarding forthcoming motions. The parties were unable to resolve the issues raised in the Motion.

| | |
|---|---|
| DATED:  October 15, 2020 | **ROBINS KAPLAN LLP** |

By:  /s/ *Anne M. Lockner*
Anne M. Lockner (0295516)
J. Haynes Hansen (Bar No. 0399102)
Ena M. Kovacevic (Bar No. 0400149)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
alockner@robinskaplan.com
ekovacevic@robinskaplan.com
hhansen@robinskaplan.com

*Counsel for Defendant Jamie Kreil*