UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>      Plaintiff,<br><br>v.<br><br>Jamie Kreil,<br><br>      Defendant. | Case No. 0:20-cv-01929-SRN-HB |

**NOTICE OF HEARING ON JAMIE KREIL'S EMERGENCY MOTION FOR TERMINATING SANCTIONS, A TEMPORARY RESTRAINING ORDER, AND ATTORNEYS' FEES**

Please take notice that, on a date and time to be determined, before the Honorable Susan R. Nelson, by video or audio conference as further directed by the Court, a hearing will take place on Jamie Kreil's Emergency Motion for Terminating Sanctions, a Temporary Restraining Order, and Attorneys' Fees.

|  |  |
|---|---|
| DATED:  October 21, 2020 | **ROBINS KAPLAN LLP**<br><br>By:  /s/ *Anne M. Lockner*<br>Anne M. Lockner (0295516)<br>J. Haynes Hansen (Bar No. 0399102)<br>Ena M. Kovacevic (Bar No. 0400149)<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, Minnesota 55402<br>T: (612) 349-8500<br>F: (612) 339-4181<br>alockner@robinskaplan.com<br>ekovacevic@robinskaplan.com<br>hhansen@robinskaplan.com<br><br>*Counsel for Defendant Jamie Kreil* |