UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Jamie Kreil,<br><br>    Defendant. | Case No. 0:20-cv-01929-SRN-HB |

**[PROPOSED] ORDER ON JAMIE KREIL'S EMERGENCY MOTION FOR TERMINATING SANCTIONS, A TEMPORARY RESTRAINING ORDER, AND ATTORNEYS' FEES**

This matter is before the Court on Defendant Jamie Kreil's Emergency Motion for Terminating Sanctions, a Temporary Restraining Order, and Attorneys' Fees. Having reviewed the parties' related filings and heard oral argument, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED.**

It is further **ORDERED** that:

1.    Fredin's Amended Complaint is **DISMISSED WITH PREJUDICE**;

2.    Fredin is **ORDERED** to remove and not re-post the false and harassing matter set out in the web publications listed in paragraph 6 of the Declaration of Anne Lockner, as reflected in the exhibits to that declaration, similar false and harassing matter; and

1

3. Fredin is further **ORDERED** to pay Defendant her reasonable fees and costs incurred in bringing this Motion, in an amount to be determined through further briefing.

**IT IS SO ORDERED.**


Dated: _____         _____
                                                                The Honorable Susan Richard Nelson
                                                                United States District Judge