## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin, | Case No. 20-CV-1929 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Jamie Kreil, | |
| Defendant. | |

Brock Fredin, 1180 Seventh Avenue, Baldwin, WI 54002, Plaintiff *pro se*.

Anne M. Lockner, J. Haynes Hansen, and Ena M. Kovacevic, Robins Kaplan LLP, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402 for Defendant.

This matter is before the Court on the filing of an Emergency Motion for Sanctions, A Temporary Restraining Order and Attorneys' Fees by Defendant [Doc. No. 15]. The Court will convert the Motion for a Temporary Restraining Order to a Motion for a Preliminary Injunction.

Under Local Rule 7.1(d), the Court sets the following briefing schedule.

Based upon all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Plaintiff Fredin shall file his response on or before Monday, November 2, 2020.

2. Defendant shall file a reply brief on or before Monday, November 16, 2020.

3. This matter will be decided on the papers, without oral argument.

4. The parties shall comply with the word limits set forth in Local Rule 7.1(f).

Dated: October 22, 2020

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge
