# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Brock Fredin,

    Plaintiff,

    v.

Jamie Kreil,

    Defendant.

Case No. 0:20-cv-01929-SRN-HB

**SECOND DECLARATION OF ANNE M. LOCKNER IN SUPPORT OF JAMIE KREIL'S MOTION FOR TERMINATING SANCTIONS, A TEMPORARY RESTRAINING ORDER, AND ATTORNEYS' FEES**

Pursuant to 28 U.S.C. § 1746, I, Anne M. Lockner, declare:

1. Attached hereto as Exhibit G is a thumb drive containing electronically archived versions of the videos reflected in Exhibits D, E, F to the first Declaration of Anne M. Lockner in Support of Jamie Kreil's Motion for Terminating Sanctions, a Temporary Restraining Order, and Attorneys' Fees, including:

    a. A true and correct video currently hosted at "https://youtu.be/tdyWcPA5k0I," titled "Anne M. Lockner – Minneapolis's Most Abusive Attorney."

  b. A true and correct video currently hosted at "https://youtu.be/lUGyNosr974," titled "Ena Kovacevic - Minneapolis's Most Crooked Attorney."

  c. A true and correct video currently hosted at "https://youtu.be/LNOTm082pS8," titled "Haynes Hansen - Minneapolis's Most Crooked Attorney."

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 23rd day of October, 2020, in Minneapolis, MN.

    By: _s/Anne M. Lockner_