# Brock Fredin

Phone: (612) 424-5512 • E-Mail: brockfredinlegal@icloud.com

Date:  November 2, 2020

**BY ECF**

Susan Richard Nelson
United States District Court
316 Robert St N
Saint Paul, MN 55101

      Re:    *Fredin v. Miller et al.*, Case No. 18-CV-466-SRN-HB
               *Fredin v. Middlecamp*, Case No. 17-CV-3058-SRN-HB
               *Fredin v. Kreil*, Case No. 20-CV-01928-SRN-HB

Dear Judge Nelson:

I am writing in reference to an extension request related to the November 2, 2020 due date for my response to Defendants request for a temporary restraining order and/or emergency sanction.

Specifically, I am requesting an additional three (3) days to file my brief.  This would provide a new due date of November 5, 2020.

Thank You for Your continued courtesies and attention to this matter.

                                          Respectfully submitted,

                                          s/ Brock Fredin
                                          Brock Fredin

cc:    Karl Johann Breyer (by ECF)
cc:    Anne M. Lockner (by ECF)