UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BROCK FREDIN,

            Plaintiff,

Case No. 0:20-CV-01929-SRN-HB

--against--

JAMIE KREIL,

            Defendant.

I, BROCK FREDIN, proceeding *pro se*, hereby certify that:

I met and conferred with opposing parties by:

1. On October 30, 2020 I emailed Anne M. Lockner

Discussing the following motions:

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO EMERGENCY SANCTIONS AND TRO AND SUPPORT OF SUA SPONTE CROSS SANCTIONS ASSERTED AGAINST DEFENDANT AND ROBINS KAPLAN**
As a result of the meet-and-confer, the parties:
(Check the box that applies.)

☒ Do **not** agree on the resolution of any part of the motion.

Dated: November 5, 2020

                                              s/ Brock Fredin
                                              Brock Fredin
                                              Saint Croix Co., WI
                                              (612) 424-5512 (tel.)
                                              brockfredinlegal@icloud.com
                                              *Plaintiff, Pro Se*