# EXHIBIT E

**From:** noreply@robinskaplan.com
**Sent:** Friday, November 6, 2020 12:48 PM
**To:** Robins Kaplan Contact
**Subject:** Contact Us Website Form Submission

**Page Title:** Contact | Robins Kaplan LLP Law Firm

**Name:** YouTube ad slandering your attorney

**Email:** [redacted]

**Phone:** [redacted]

**Message:** I don't need legal services and I don't know who you are, but a disgusting ad popped up while I was watching YouTube, and it seems to be slandering the shit out of one of your attorneys. The ad is absolutely disgusting, talking about gay cowboys and hard cocks and just, wow. Here is the website it leads to: http://www.hayneshansen.net/