# EXHIBIT F

**From:**          noreply@robinskaplan.com
**Sent:**          Friday, November 6, 2020 1:47 PM
**To:**            Robins Kaplan Contact
**Subject:**       Contact Us Website Form Submission

**Page Title:** Contact | Robins Kaplan LLP Law Firm

**Name:** ███████

**Email:** ███████████

**Phone:** ████████

**Message:** Hi there, I wanted to flag for you something that might or might not have been brought to your attention. I was recently served a youtube ad attacking one of your attorneys, Haynes Hansen, and it led me back to an entire youtube channel with a lot of videos with what I would consider obscene and defamatory content aimed at smearing your firm. I don't know anything about your firm, but I thought you would want to be aware of what was going on: https://www.youtube.com/channel/UC6IHGp7-YN7N5MsvoIDXJ_g