# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>  Plaintiff,<br><br>  v.<br><br>Jamie Kreil,<br><br>  Defendant. | Case No. 0:20-cv-01929-SRN-HB |

## STATEMENT INSTEAD OF REDACTED DOCUMENTS

  Pursuant to Local Rule 5.6, Exhibits A, B, C, and D to the Third Declaration of Anne M. Lockner in Support of Jamie Kreil's Reply Memorandum in Support of Her Motion for Terminating Sanctions, a Temporary Restraining Order, and Attorneys' Fees have been filed under seal and redaction is impracticable because the interest in preserving the professional reputation, privacy and safety of the individual identified in the documents outweighs any public interest in the sealed documents. Moreover, the individual affected would suffer the very harm they seek to avoid, namely that, the disparaging material would be publicly available if the exhibits are not sealed.

DATED:  November 12, 2020       **ROBINS KAPLAN LLP**

By:  /s/ *Anne M. Lockner*
Anne M. Lockner (0295516)
J. Haynes Hansen (Bar No. 0399102)
Ena M. Kovacevic (Bar No. 0400149)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
alockner@robinskaplan.com
ekovacevic@robinskaplan.com
hhansen@robinskaplan.com

*Counsel for Defendant Jamie Kreil*