**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Brock Fredin,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Jamie Kreil,<br><br>　　　Defendant. | Case No. 0:20-cv-01929-SRN-HB |

**FOURTH DECLARATION OF ANNE M. LOCKNER IN SUPPORT OF JAMIE KREIL'S MOTION FOR TERMINATING SANCTIONS, A TEMPORARY RESTRAINING ORDER, AND ATTORNEYS' FEES**

Pursuant to 28 U.S.C. § 1746, I, Anne M. Lockner, declare:

1. Attached hereto as Exhibit A is a thumb drive containing electronically archived versions of videos corresponding to Exhibits A, B, C, and D to the Third Declaration of Anne Lockner in Support of Jamie Kreil's Motion for Terminating Sanctions, a Temporary Restraining Order, and Attorneys' Fees.

2. A true and correct video currently hosted at https://youtu.be/2ydfF2vm4MY, and is titled "Charlie Gokey – Minneapolis's Most Crooked Attorney."

3. A true and correct video currently hosted at https://youtube.com/watch?v=QFVYNQnlecg, and is titled "Anne M. Lockner – Racist Attorney?"

1

4. A true and correct video currently hosted at https://youtube.com/watch?v=8OKrqkvOCZM, and is titled "Haynes Hansen – Minnesota's Premier Ranching Lawyer."

5. A true and correct video currently hosted at https://www.youtube.com/watch?v=_JSkH5r52ao, and is titled "Anne M. Lockner – Minneapolis' Sexiest Attorney."

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 13th day of November, 2020, in Minneapolis, MN.

By: _s/Anne M. Lockner_