UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BROCK FREDIN,<br><br>    Plaintiff,<br><br> --against--<br><br>JAMIE KREIL,<br><br>    Defendant. | Case No.  20-CV-1929 |

**STATEMENT INSTEAD OF REDACTED DOCUMENTS**

  Pursuant to Local rule 5.6, All exhibits to the Declaration of Brock Fredin in support of his FRAP 24 IFP have been filed under seal and redaction is impracticable because the interest in preserving the privacy of the individual documents outweighs any public interest in the sealed documents.

Dated: November 25, 2020

                   s/ brock fredin
                   Brock Fredin
                   Saint Croix Co, WI 54016
                   (612) 424-5512 (tel.)
                   brockfredinlegal@icloud.com
                   *Plaintiff, Pro Se*