UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BROCK FREDIN,<br><br>    Plaintiff,<br><br>--against--<br><br>JAMIE KREIL,<br><br>    Defendant. | Case No. 20-CV-1929<br><br>**AMENDED NOTICE OF EMERGENCY EXPEDITED APPEAL**<br><br>**DATE OF ORDER BEING CHALLENGED: NOVEMBER 23, 2020** |

TO: **THE PRESIDING JUDICIAL OFFICIAL** OF THE DISTRICT COURT OF MINNESOTA, 316 ROBERT ST N, ST PAUL, MINNESOTA 55101.

**CLERK OF THE EIGHTH CIRCUIT**, 111 S 10TH ST #22.300, ST. LOUIS MO 63102

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE:** that on November 25, 2020, Brock Fredin files an emergency expedited appeal in reference to the November 23, 2020 Order imposing an injunction to the Court of Appeals.

Dated: November 25, 2020

s/ brock fredin
Brock Fredin
Saint Croix Co, WI 54016
(612) 424-5512 (tel.)
brockfredinlegal@icloud.com
*Plaintiff, Pro Se*