UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Jamie Kreil,<br><br>    Defendant. | Case No. 0:20-cv-01929-SRN-HB |

**[PROPOSED] ORDER ON JAMIE KREIL'S
MOTION FOR AN ORDER TO SHOW CAUSE**

This matter is before the Court on Defendant Jamie Kreil's Motion for an Order to Show Cause. Having reviewed the related filings, it is hereby

**ORDERED** that the Motion is **GRANTED.**

It is further **ORDERED** that Brock Fredin shall show cause as to why the Court should not enter an Order finding Fredin in contempt of the Court's November 23, 2020 Order (Dkt. 39), and further imposing sanctions including:

1. Dismissal of this action with prejudice;

2. A $500 fine recurring daily from the entry of the order until such time as Fredin demonstrates his compliance with the November 23, 2020 Order; and

3. Any other sanctions the Court deems necessary and appropriate.

**IT IS SO ORDERED.**


Dated: _____                    _____
                                                                         The Honorable Susan Richard Nelson
                                                                         United States District Judge