UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br> Plaintiff,<br><br> v.<br><br>Jamie Kreil,<br><br> Defendant. | Case No. 0:20-cv-01929-SRN-HB |

### SECOND DECLARATION OF ANNE M. LOCKNER IN SUPPORT OF JAMIE KREIL'S MOTION FOR AN ORDER TO SHOW CAUSE

Pursuant to 28 U.S.C. § 1746, I, Anne M. Lockner, declare:

1. Attached hereto as Exhibit A is a thumb drive containing electronically archived versions of videos corresponding to Exhibits A and B to the Declaration of Anne M. Lockner in Support of Jamie Kreil's Motion for an Order to Show Cause.

2. A true and correct video currently hosted at https://www.youtube.com/watch?v=ZI3faQ8g8MA, and is titled "Robins Kaplan Discriminates Against Transwomen."

3. A true and correct video currently hosted at https://www.youtube.com/watch?v=VyzUwT2wlss, and is titled "Where Was

1

Judge Susan Richard Nelson and Robins Kaplan When George Floyd Needed Them Most."

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 3rd day of December, 2020, in Minneapolis, MN.

By: _s/Anne M. Lockner_