UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>　　Plaintiff,<br><br>v.<br><br>Jamie Kreil,<br><br>　　Defendant. | Case No. 0:20-cv-01929-SRN-HB |

**[PROPOSED] ORDER GRANTING
MOTION REGARDING CONTINUED SEALING**

This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing [65]. Based on the parties' submissions, all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that: The Clerk is directed to keep ECF Nos. _____ sealed.

**IT IS SO ORDERED.**

Dated: _____　　**BY THE COURT:**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　The Honorable Hildy Bowbeer
　　　　　　　　　　　　　　　　United States Magistrate Judge

1