## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brock Fredin,

          Plaintiff,

v.

Jamie Kreil,

          Defendant.

Civil No. 20-cv-1929 (SRN/HB)

**ORDER ON JOINT MOTION REGARDING CONTINUED SEALING**

Before the Court is the Joint Motion Regarding Continued Sealing (ECF No. 65), pursuant to Local Rule 5.6(d), concerning the confidential documents filed under seal (ECF Nos. 19, 19-1, 19-2, 19-3, 19-4, 19-5, 23-1, 34, 34-1, 34-2, 34-3, 36-1). Having reviewed the motion and the documents filed under seal, as well as all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Joint Motion (ECF No. 65) is **GRANTED**, as follows:

1. The confidential documents filed under seal shall remain sealed; and
2. The Clerk is directed to keep these documents sealed:

    ECF Nos. 19, 19-1, 19-2, 19-3, 19-4, 19-5, 23-1, 34, 34-1, 34-2, 34-3, 36-1.

Dated: December 4, 2020

    s/ *Hildy Bowbeer*
    HILDY BOWBEER
    United States Magistrate Judge