# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

BROCK FREDIN,

                Plaintiff,

    --against--

LINDSEY MIDDLECAMP,

                Defendants.

District Court Case No.  17-CV-3058 (SRN/HB)

---

BROCK FREDIN,

                Plaintiff,

    --against--

GRACE MILLER,
CATHERINE SCHAEFER,

                Defendants.

District Court Case No.  18-CV-466 (SRN/HB)

---

BROCK FREDIN,

                Plaintiff,

    --against--

JAMIE KREIL,

                Defendant.

District Court Case No.  20-CV-01929 (SRN/HB)

---

## **DECLARATION**

STATE OF WISCONSIN          }
                            ss:
COUNTY OF SAINT CROIX       }

BROCK FREDIN, being duly sworn, deposes and says:

1.      I am the Plaintiff in the above-captioned proceeding.   I submit this declaration in support of my motion to vacate the November 23, 2020 Order filed on December 4, 2020.   For the reasons stated herein and within my memorandum of law dated December 4, 2020, my motion to vacate should be granted in its entirety.

## AUTHENTICATION OF DOCUMENTS

2.      Attached hereto as **Exhibit A** is a true and correct copy of all tweets available on @CardsAgstHrsmt directed at me by Defendant Middlecamp.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the Haynes Hansen YouTube entitled "Haynes Hansen – Minnesota's Premier Ranching Attorney" video printout.

Dated: December 4, 2020

s/ Brock Fredin
Brock Fredin
Saint Croix Co., WI
(612) 424-5512 (tel.)
brockfredinlegal@icloud.com
*Plaintiff, pro se*

2







**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

Tip: if you are described as potentially predatory, perhaps sending emails like this is not the best way to establish how not scary you are:

---

Date: Wed, Feb 1, 2017 at 5:21 AM
Subject: Ethics Concern
To:

You wrote an article about 'shirtless shamming' in Minneapolis. That person/account recently did 'victim shamming' someone who was the target of revenge porn.

There is a criminal investigation underway in St. Paul. We know the stalker is named

We'd like to know if you know Lindsay's name from the Cards Against Harassment account. We can share any information about the criminal investigation into their stalking and criminal defamation.

They released a victim's work information publicly and created online sex profiles/ads soliciting sex without consent that sent many emails to the victim. This is against the law.

If you stand for gender equality, justice, etc... You'll help to get Lindsay's name. Give it to                          Police dept or
                          Police Dept. Very valuable to prevent revenge porn.

We need it immediately.

We will peacefully protest the Huffington Post for endorsing revenge porn if you don't cooperate.

---

 17      47      112

 **Ryan L.**
@ryanlindberg



Also Brock Fredin there are a lot of people on twitter who won't write emails but will just gleefully dick-punch you into an event horizon



**CardsAgstHarassment** @CardsAgstHrsmt

Replying to @CardsAgstHrsmt

My longer-winded way of saying "Not today, Brock Fredin. Not tomorrow, either."

LIKE
**1**



4:08 PM - 1 Feb 2017

   1



STOP TELLING

ALL
WELC
HER

**CardsAgstH**

@CardsAgstHrsm

Enduring spark w/
Advocate, intermi
literal card-carryin
about racial/econ

📍 Minneapolis, M



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

My longer-winded way of saying "Not today, Brock Fredin. Not tomorrow, either."



Re: Ethics Concern

Mr. Fredin,

As you know, I maintain a twitter account that primarily addresses subjects of online and real life misogyny, harassment, rape culture, etc. Although I am not a journalist or a public figure, I endeavor to use my personal social media platform to raise awareness on matters related to gendered violence, equality, and social justice.

Today I was forwarded an email you sent to the Huffington Post which, although somewhat difficult to follow, appears to accuse me of participating in criminal activities. I believe you are well aware that these allegations are false. After reading the Minnesota Court of Appeals decision upholding a restraining order against you, I posted a tweet on January 24 sharing your name with my followers. Beyond that, I have not generated, posted, published, or distributed any content related to you (other than a subsequent tweet posted today publishing a screenshot of your email to the Huffington Post.) Given the complete falseness and lack of support for your allegations of criminal conduct I can only conclude that you sent the email to the Huffington Post for the purpose of harassment or harm to my reputation.

I expect that you will immediately cease and desist any direct contact to myself or indirect contact made to third parties with the purpose of either a) making knowingly false allegations against me or b) finding my personal information (which by extension, seems designed to send the message to me that you are looking for my personal information, which I believe any reasonable person would view as carrying threatening connotations since we have never met and my sole contact related to you has been a tweet containing only factual information.)

In light of the documented history of harassing tactics you have engaged in against other local women I will take any necessary legal steps to protect

↩ 6          🔁 24          💬 190



**CardsAgst**

@CardsAgstHrsm

Enduring spark w
Advocate, intermi
literal card-carryin



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

To those who RT or reply to this thread: my DMs are open. Please let me know if he targets you, your family, your employer, etc. Stay safe.

 6    7    64



 **CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

Folks: a person WHO DOES NOT EVEN FOLLOW ME liked the tweet re Brock Fredin, so he sent this email about her to retaliate. This is... a lot.

Date: Wed, Feb 1, 2017 at 4:59 PM
Subject: Ethics Concern
To:

She recently participated in a Twitter campaign shamming a victim of revenge porn.  This campaign also released the victim's work information publicly to 20k viewers of the post.

We are asking you to immediately end any relationship with her.

If you do not endorse stalking or revenge porn, we ask that you end any future relationship, and remove any of her content/association from your site.

I'd also like to connect with a reporter about an ongoing campaign that's related to a digital 'reverse brock turner' type of tactic.  We have a criminal investigation with the St. Paul Police Dept.





**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1 
The cost of naming, identifying, or talking about harassment & abuse women face should not be silence coerced through more harassment. No.

 1       12       74

1 more reply



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

I am just so done w/ predatory people (can we agree? men) intimidating individuals from speaking out, thereby avoiding real accountability.

 1      6      48



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

Mostly kidding but...there is at least something *ALMOST* gratifying about someone trying to track me down by contacting @HuffingtonPost.

 3           22



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

Like, nailed it, scary man. Emergency contact at the doctor's office?
@HuffingtonPost, duh. My student loans? Co-signed by @HuffingtonPost.

 2             19

 **CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

Earlier today I was just surprised. But the reality of a strange man attempting to track me down because I dared speak his name is...scary.

 4       2       39

Update: alias "Felix" on Bumble. Please share if you have friends using dating apps/sites in the Twin Cities & DM if you've been victimized.





**CardsAgstH**
@CardsAgstHrsm

Enduring spark w/
Advocate, intermit
literal card-carryin
about racial/econ

Minneapolis, M

cardsagainsth

Joined July 20

RETWEETS
**93**

LIKES
**54**





**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

Realizing you're being creeped on can impose isolation thru fear. Can I share details of an event, or is this creep going to show up? Etc.

2    1    29



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 1

Replying to @CardsAgstHrsmt

I am just so done w/ predatory people (can we agree? men) intimidating individuals from speaking out, thereby avoiding real accountability.

 1       6       48





**CardsAgstHarassment** @CardsAgstHrsmt · Feb 6

The stories I am hearing about this man confirm that @bumble_app, @Match, @okcupid, @Tinder etc. *need* to require identity verification.

4      11      61

**CardsAgst**

@CardsAgstHrsm

Enduring spark w/
Advocate, intermit
literal card-carryin
about racial/econ/

📍 Minneapolis, N

🔗 cardsagainsth

🗓 Joined July 20

---

↩ 4          🔁 11          ♥ 61

 **CardsAgstHarassment** @CardsAgstHrsmt · Feb 6          ⌄

Regular programming to resume for the most part but I just...oof. I cannot stand knowing these people are in my community targeting women.

↩ 1          🔁 1          ♥ 33

 **Lindsay Goldner** @linzlovesyou · Feb 6          ⌄

jesus what a fucking psycho. I've come across borderline dudes but thankfully never that bad (online anyways)

 ↩          🔁          ♥ 2



 **CardsAgstHarassment** @CardsAgstHrsmt · Feb 22    
Replying to @CardsAgstHrsmt

Thank you, @citypages, for helping shed light on this. Hoping other women living in fear realize they aren't alone.

 **Accused Minneapolis-St. Paul stalker Brock Fredin i…**
He'd found two victims. Until they found each other.
citypages.com

 1     45     65

CardsAgstH
@CardsAgstHrsm



**CardsAgstI**

@CardsAgstHrsmt

Enduring spark w...
Advocate, intermi...
literal card-carryin...
about racial/econ...

📍 Minneapolis, M...

🔗 cardsagainsth...



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 22

(Shared with permission). Apparently this man is a student of the "teach me about feminism!" school of disingenuous conversation starters:

↩ 6        ⇄ 42        ♥ 83



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 22

The power of sharing. Within hours of the stalking post going up, a rape survivor comes forward. He remains free. (Shared w/ her permission)



8 mins · 🌐

http://www.citypages.com/.../accused-stalker-brock-.../414395703

I've been debating whether or not to post this, but I feel I must. This man raped me 7 years ago. The St. Louis Park police didn't take me seriously then, but I hope they will see now that he is a predator. As I type these words, my hands are shaking, my breath is short, and I have a deep, pulsing ball in the pit of my stomach. This is the physical manifestation of the PTSD I have as a result of him violating my body and robbing me of my dignity. I resent the fact that the police let my case drop. It would have spared his future victims from the heartache and trauma they are most certainly enduring now.

**CardsAgstⅠ**

@CardsAgstHrsm

Enduring spark wɪ
Advocate, intermɪ
literal card-carryin
about racial/econ⌐

📍 Minneapolis, N

🔗 cardsagainsth

📅 Joined July 20



**CardsAgstH**
@CardsAgstHrsm

1 more reply

 **Caroline Royce** @carolineroyce · Jan 24
Replying to @CardsAgstHrsmt
oh gross, I've met this guy before. He kept insisting I was a lesbian because I had short hair.

 1      2      26

 **CardsAgstHarassment** @CardsAgstHrsmt · Jan 24
OH CHARMING

 1           12



**CardsAgstHarassment** @CardsAgstHrsmt · Jan 24
I wonder if that's a lazy neg, i.e. "You'd better prove to me you're sexually attracted to men! And by men I mean me. Duh."

 2           30



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 3

Replying to @CardsAgstHrsmt

Update: alias "Felix" on Bumble. Please share if you have friends using dating apps/sites in the Twin Cities & DM if you've been victimized.



CardsAgst

@CardsAgstHrsm

Enduring spark w
Advocate, intermi
literal card-carryin
about racial/econ

📍 Minneapolis, M

🔗 cardsagainsth

📅 Joined July 20

↩ 2        🔁 93        ♥ 54



@CardsAgstHrsm

Enduring spark w
Advocate, intermi
literal card-carryin
about racial/econ

 Minneapolis, N

 **CardsAgstHarassment** @CardsAgstHrsmt · Feb 6
Regular programming to resume for the most part but I just...oof. I cannot stand knowing these people are in my community targeting women.

 1       1       33

1 more reply

Enduring spark w
Advocate, intermi
literal card-carryin
about racial/econ

◉ Minneapolis, M



↩ 1          ⇄          ♡ 2

**CardsAgstHarassment** @CardsAgstHrsmt · Feb 22
Thank you. Ugh. Creeps & predators abound.

↩          ⇄          ♡ 2



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 22

Replying to @CardsAgstHrsmt

Thank you, @citypages, for helping shed light on this. Hoping other women living in fear realize they aren't alone.



**Accused Minneapolis-St. Paul stalker Brock Fredin ...**
He'd found two victims. Until they found each other.
citypages.com

 1       45       65



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 22

Replying to @CardsAgstHrsmt

(Shared with permission). Apparently this man is a student of the "teach me about feminism!" school of disingenuous conversation starters:



Are you a feminist? If so, can you teach me about that?

Yesterday – 12:12pm

Oh lord.

GopherBadge
I would love to learn! Please?
Yesterday – 6:27pm

Today – 8:25am

I am incredulous about this conversation.

GopherBadge
Today – 8:39am
Well, I'd love to see you do standup. I assume feminism means women in charge? But, women don't like that. Yet complain when men take control. I think being a feminist sounds hot. That sassy little attitude is always so cute.

GopherBadge
32 · Minneapolis, MN
65% Match

GopherBadge
8 minutes ago
It's hard for a man. Women want real men. But, don't like to make decisions either. I'm not trying to be offensive towards you or feminism. I just don't know how to balance these two conflicting theories. Your thoughts? That's what I don't understand about feminism. I think people are people. Maybe we shouldn't advocate for one gender over another?

Just now

So hard for a man.

Back to the original question. So, is Feminism advocating woman's rights over a man? How does a man support that without looking weak?

Today – 4:46am

Hey man. Read a book. They are pretty simple to find. You find them in bookstores and libraries mostly.

People have already answered all of your questions and laid them out for you.

So like, stop bothering women online and do your own damn research about feminism.

GopherBadge
Today – 2:15pm
Why don't we go on a date?

Just now

Nah.

Reply

 6     42     83



**CardsAgstHarassment** @CardsAgstHrsmt · Feb 22

Replying to @CardsAgstHrsmt

The power of sharing. Within hours of the stalking post going up, a rape survivor comes forward. He remains free. (Shared w/ her permission)





**CardsAgstHarassment** @CardsAgstHrsmt · Feb 23

Replying to @CardsAgstHrsmt

A direct statement shared with me by one of Brock Fredin's victims on some of the details absent from the City Pages article:

As the article describes, I requested a harassment restraining order after multiple instances of unwanted contact. I threatened to call the police twice before even seeking the order, so the unwanted contact was well over the line.

One day, not long after I'd submitted the request, a policeman came to my door to deliver a document – it was a copy of a 24-page order for protection request (which is for victims of domestic abuse) Brock had made against me. Reading through it was one of the worst moments of my life.

Despite the fact that I never harassed, harmed, or threatened to harm Brock, in the request, Brock had checked the boxes saying "I am reasonably in fear of physical harm from the respondent" and that "The respondent engaged in acts of harassment or stalking." He described me as having extreme alcoholic and violent tendencies, and threatening to kill several people. In the request, he took the liberty of diagnosing me with multiple mental health issues, including PTSD, and requesting that the court prohibit me from owning a firearm (I own a handgun – one of the few things that helped me feel safe throughout this ordeal).

He also asked the court that I be ordered to attend a domestic abuse program, to get an alcohol/chemical dependency evaluation, and be forced into mental health treatment. Finally, he requested that the court order me to pay him exactly $2201 for his trouble. His request was denied, but Brock had the opportunity to make his case at our court hearing.

Brock must not have been that afraid of me, because in the hearing, he told the judge that he would withdraw this order for protection request if I withdrew my harassment restraining order request. Clearly this was an effort to silence me. Though I didn't back down from seeking the restraining order (which was granted), I stayed silent as he smeared my reputation on the internet and wrote open letters to me from social media accounts for months (sometimes saying he loves me, sometimes calling me a bully, or worse). I'm so glad this is in the open now. I don't know if there will ever be justice for what happened to me and to Catherine and so many others. Throughout this totally horrific episode, I keep getting told that much of his behavior is either legal or almost impossible to prove in court. But at least this way other women will be warned – and I hope that it will encourage them to seek justice, or at least protection, whatever the obstacles.

 5     14     31



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

I'm not going to amplify his distorted views but I want to be clear: I am not friends with, let alone related to, Brock Fredin's victims.

8)_____ releases large scale Twitter smear campaign following the appeal through her Sister's account (cowardly).
9) Releases a highly inaccurate, dramatic, and false City Pages hit piece.

↩ 1      ⟳ 4      ♥ 17

 **CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

I use this twitter account to discuss feminism, gender violence, etc. I do not need to be connected to victims to believe & support them.

 1      3      51



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

My anonymity should not be used as an excuse to target or blame random people who have nothing to do with my tweets but are easier to find.

 1      3      26



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 1 

Replying to @CardsAgstHrsmt

Here is what we should all expect of perpetrators who find themselves backed into a corner facing public accountability like Brock Fredin:

 1           2           12

 1  2  15

 **CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

1. Take stock. Do not contact any of your victims to apologize or ask for forgiveness, but tell the authorities their names & what you did.

↩ 1       ⇄ 2       ♥ 20



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

This includes each & every woman who has had to ask you more than once to cease contact. Not just the 2 who took legal action. It's a list.

 1           2          ♥ 15

 **CardsAgstHarassment** @CardsAgstHrsmt · Mar 1 

Replying to @CardsAgstHrsmt

Every person you contacted from new numbers or accounts to avoid being ignored is a victim whose info you should give to the police.

 1       2       13

 **CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

2. Stop blaming other people for spreading word about your behavior. Stop trying to retaliate against the people you blame. Be accountable.

 1           3           22

 **CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

3. Offer a plea deal that takes accountability for the scope of people you've hurt & plans a path forward.

 1     2     13

 **CardsAgstHarassment** @CardsAgstHrsmt · Mar 1

Replying to @CardsAgstHrsmt

Because let's be real: multiple people have come forward describing stalking, harassment, and now, rape. This is not a misunderstanding.

 1           3           30



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 3

Friday is date night which means worrying for women encountering Brock Fredin/Dan/Will/Felix/etc.alias on dating apps. DM me if you see him.



**CardsAgstHarassment** @CardsAgstHrsmt

Women of MN: this is Brock Fredin, aka Dan/Will. He has at least two restraining orders against him. Please RT to help keep women safe.

 1       21       28



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 6

Replying to @CardsAgstHrsmt

In which Brock Fredin/"Baron Tharson" accuses CityPages of defamation & wants judges who've granted restraining orders against him removed:



From: Baron Tharson <baron.tharson@gmail.com<mailt
o:baron.tharson@gmail.com>>
Date: March 4, 2017 at 11:35:01 AM MST
To:

Subject: City Pages Article

Remove the story about Brock Fredin. It's highly inaccurate and the reporter
did not read the court transcript. Why do you employ reporters who can't
even do basic research?

You're setting yourself up for a defamation case. Just remove the article and
stop targeting people without full information. It's very irresponsible and that
journalist isn't a journalist. He's an idiot. It's enabling stalkers and physical
threats to his safety. It's just a huge mostly false smear campaign based on
CIVIL restraining orders brought because

Your reporter didn't do any real
investigation or even read the court transcripts.

Nothing to write a story about. I'm ashamed
your organization City Pages would target

I require a response to this email and justification and plan to remove the
article.

**Started (2)**

Petitioning Robert Vischer

**Stop Donating To University St. Thomas Until Enablers
Sanctioned/Removed**

UST's law school employs a Judicial Official who has now negligently enabled the sexual assault and
harassment of a former UST student.  Problem: Street, through negligence, ignored a death threat,
and multiple HRO violations subsequently mocking the victim.  This ultimately led to... Learn more

baron tharson                                                         1 supporter

Petitioning Mark Dayton

**Remove Incompetent Judicial Officials in Minnesota**

Remove Colia Ceisel, James Street, and Elizabeth Clydesdale from the Ramsey County family court.
These referees enable and endorse revenge porn sexual solicitation. I have tirelessly attempted to
protect myself against the ongoing harassment and revenge porn brought on by an... Learn more

baron tharson                                                         1 supporter

 1           8           16



**CardsAgstHarassment** @CardsAgstHrsmt · Mar 21

Replying to @CardsAgstHrsmt

Newspaper posts story about serial harasser Brock Fredin.

He demands it be removed.

They don't.

What happens next...will not surprise you:



## dating psychos

| HOME | BROWSE / SEARCH PSYCHOS | ADD PSYCHO | FAQS | STORE | REMOVALS | MY ACCOUNT |

### Psycho Profile

« Previous Psycho          SHARE          Next Psycho »

# Michael Klingensmith

**First Name** : Michael

**Last Name** : Klingensmith

**Gender** : Male

**Age** : 65

**Occupation** : StarTribune CEO

**City** : Minneapolis

**Country** : US

**Alias 1** : Michael J Klingensmith

**Alias 2** : Star Tribune CEO

**Alias 3** : Michael Klingensmith Star Tribune

**Website 1** : click to view website

Participated in an online campaign designed to victim shame a target of revenge porn. Created mostly false news articles designed to attack the credibility of a revenge porn victim. Did not read any court transcripts and published highly inaccurate misleading statements. Participates in false smear campaigns.

This person is mean-spirited, vicious, sloppy, un-american, and now associated with encouraging others to bully targets of revenge porn. This person accepted verbatim the allegations brought by the person likely responsible for coaching the non consensual sexual solicitation (revenge porn). This person endorses this behavior and further perpetuates as a henchman of the feminist totalitarian movement.

Supports journalists who lack basic research skill and cannot read court transcripts.

Remove this idiot immediately.

 7       9       27



**CardsAgstHarassment** @CardsAgstHrsmt · Apr 5

Replying to @CardsAgstHrsmt

TFW you publicly pledge to be "relentless" & "merciless" against women whose repeated message has simply been: do not stalk & harass women.



**Brock Fredin**

Due to the egregious and misleading smear campaign, I have lost a job and have so far been unable to secure re-employment over the past 4 months. It is my hope that ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇ will acknowledge their wrongful actions.

It goes without saying, this is a very serious matter and their public campaign has trashed my career and likely cost me hundreds of thousands of dollars. Additionally, ▇▇▇▇▇▇▇ and Twitter Defamation => (▇▇▇▇▇▇▇) repeatedly retaliated against me ▇▇▇▇▇▇▇

[sections redacted]

I have exhausted most peaceful lawful options. At this point, I am left with describing how these parties and their supporters have sadly abused or endorsed abuse of the legal system and viciously harmed families and men. I will be relentless and merciless until such time their conduct ceases. I will not stop any lawful/peaceful protest until all defamation ends and lawful apologies are made. I am far stronger than you and will go to any depth to ensure your egregious behavior is publicly documented.

 6     ⇄ 12     ♥ 26

 CardsAgstHarassment Retweeted

 **Ryan L.** @ryanlindberg · Apr 5

Replying to @CardsAgstHrsmt

THE HARASSMENT WILL CONTINUE UNTIL MORALE IMPROVES

         2         20



**Ryan L.** @ryanlindberg · Apr 5

THE HARASSMENT WILL CONTINUE UNTIL MORALE IMPROVES

    2    20



**Ryan L.** @ryanlindberg · Mar 21

Replying to @CardsAgstHrsmt

did you hear the news? Brock is, actually, NOT mad on the Internet. 

      ♥ 3



**Angry Trans™** @kaurwn · Mar 21

Replying to @CardsAgstHrsmt

i love that brock has no idea what victim shaming or revenge porn are

      ♥ 3



**Catrina** @SoNotKidding · Mar 21

Replying to @CardsAgstHrsmt

Oh FFS

← → C ⟳ | 🔒 Secure | https://www.google.com/search?q=brock+fredin&rlz=1C5CHFA_enUS743US743&oq=brock&aqs=chrome.0.69i59j69i57j69i61l3j35i39.1056j0j7&sou... ⟳ ☆ ⋮

 | brock fredin | 🎤 🔍 | ⊞ 🔔 

**All**   News   Videos   Images   Maps   More        Settings   Tools

About 25,200 results (0.69 seconds)

### Accused Minneapolis-St. Paul stalker Brock Fredin is writing a horror ...
www.citypages.com/news/accused-stalker-brock-fredin-is-writing.../414395703 ▾
Feb 22, 2017 - **Brock Fredin** has restraining orders from two women. Neither victim's ... **Brock Fredin** was cute and seemed like a good match. They agreed to ...
You've visited this page many times. Last visit: 5/5/17

### MILLER v. FREDIN | No. A16-0613. | Leagle.com
www.leagle.com/decision/.../MILLER%20v.%20FREDIN ▾
Jan 23, 2017 - Grace Elizabeth Miller, petitioner, Respondent, v. **Brock Fredin**, Appellant. ... The district court granted Grace Miller a harassment restraining order against **Brock Fredin** after Miller ended their romantic relationship. ... He maintains that the district court failed to make a ...
You've visited this page many times. Last visit: 5/5/17

### CardsAgstHarassment on Twitter: "Women of MN: this is Brock Fredin ...
https://twitter.com/cardsagsthrsmt/status/823941229079470080?lang=en ▾
Jan 24, 2017 - Women of MN: this is **Brock Fredin**, aka Dan/Will. He as at least two restraining orders against him. Please RT to help keep women ...

### Brock Fredin in Minnesota - 1 Record Found - Instant Checkmate
https://www.instantcheckmate.com › People Search › Last Name (F) ▾
**Brock Fredin** was found once in our database. This match was found in 3 cities including Minneapolis, Minnesota, Burnsville, Minnesota & Saint Paul, ...
You've visited this page many times. Last visit: 4/30/17

#### Images for brock fredin

     

→  More images for brock fredin                    Report images

---

**My Account**                                      

Where you'll find tools to secure and manage your Google Account and control your data

[ GO TO MY ACCOUNT ]

                                                    Feedback

---

  **From Google Contacts**
Only you can see this result

## Brock Fredin

[ Update your profile ]

**Other:** brockf12@gmail.com          

# B



**Haynes Hansen - Minnesota's Premier Ranching Lawyer**

6,094 views • Oct 27, 2020

👍 97   👎 1   ➦ SHARE   ≡+ SAVE   •••



**Judicial Protest**
20 subscribers

ANALYTICS   EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE



**Mr. Hansen is Minnesota's foremost expert in Ranching Law**

0:05 / 1:38

Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

👍 97      👎 1      ↱ SHARE      SAVE      •••



**Judicial Protest**
20 subscribers

ANALYTICS      EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE



**Mr. Hansen grew up in Montana and knows the ins and outs of all aspects of the ranching industry**

0:10 / 1:38

Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

 97    1    SHARE    SAVE    ...

**J**  **Judicial Protest**
20 subscribers

ANALYTICS    EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

 SHOW MORE



**Mr. Hansen has successfully litigated over 18 water rights cases in Minnesota**

0:21 / 1:38

Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

👍 97   👎 1   ↱ SHARE   ≡+ SAVE   •••



**Judicial Protest**
20 subscribers

ANALYTICS   EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE



**Mr. Hansen has drafted numerous and notorious land contracts that courts have deemed ...**

0:31 / 1:38

Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views · Oct 27, 2020

👍 97    👎 1    → SHARE    ⊟+ SAVE    •••

 **Judicial Protest**
20 subscribers

ANALYTICS    EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE



"iron clad and rock hard" in disputes

0:37 / 1:38

### Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

👍 97    👎 1    ➜ SHARE    ≡+ SAVE    ...

 **Judicial Protest**
20 subscribers

ANALYTICS    EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE



Mr. Hansen has successfully litigated over 18 cases involving fencing disputes, PACA and the …

0:45 / 1:38

Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

👍 97   👎 1   ➤ SHARE   SAVE   •••



**Judicial Protest**
20 subscribers

ANALYTICS   EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE



... right to farm

0:50 / 1:38

Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

👍 97    👎 1    ➦ SHARE    ≡+ SAVE    ...

J   **Judicial Protest**
20 subscribers

ANALYTICS    EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE



**Its been said that Mr. Hansen brings his adversaries to their knees in the courtroom**



0:53 / 1:38

  

Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

👍 97   👎 1   ➢ SHARE   ≡+ SAVE   •••

J   **Judicial Protest**
     20 subscribers

ANALYTICS   EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE



0:56 / 1:38

### Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

👍 97     👎 1     ↪ SHARE     ≡+ SAVE     •••

**Judicial Protest**
20 subscribers

ANALYTICS     EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE



Mr. Hansen can service all your Ranching Law needs

0:58 / 1:38

### Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

👍 97   👎 1   ↗ SHARE   ≡+ SAVE   •••

**Judicial Protest**
20 subscribers

ANALYTICS   EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE



Mr. Hansen is Minnesota's foremost scholar in livestock rights ...

1:07 / 1:38

Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

👍 97   👎 1   ↗ SHARE   ≡+ SAVE   •••

 **Judicial Protest**
20 subscribers

ANALYTICS   EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE



**He has litigated over 18 livestock contract disputes in state and federal court**

1:09 / 1:38

Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

👍 97   👎 1   ➦ SHARE   ≡+ SAVE   •••



**Judicial Protest**
20 subscribers

ANALYTICS   EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE



**Mr. Hansen has no problem ramming his iron clad and rock hard contracts down the throats of his ...**

1:14 / 1:38

Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

👍 97   👎 1   ➦ SHARE   ≡+ SAVE   ...

 **Judicial Protest**
20 subscribers

ANALYTICS   EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE

42 Comments   ≡ SORT BY



**Mr. Hansen has no problem ramming his iron clad and rock hard contracts down the throats of his ...**

1:18 / 1:38

Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

👍 97    👎 1    ➦ SHARE    ≡+ SAVE    •••



**Judicial Protest**
20 subscribers

ANALYTICS    EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE



Mr. Hansen has no problem ramming his iron clad and rock hard contracts down the throats of his ...

1:21 / 1:38

Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

👍 97   👎 1   ➤ SHARE   ≡+ SAVE   •••

J   **Judicial Protest**
20 subscribers

ANALYTICS   EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE

42 Comments   ≡ SORT BY



adversaries

1:25 / 1:38

## Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

👍 97    👎 1    ➚ SHARE    ≡+ SAVE    •••

 **Judicial Protest**
20 subscribers

ANALYTICS    EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE

42 Comments    ≡ SORT BY



Haynes Hansen - Minnesota's Premier Ranching Lawyer

6,094 views • Oct 27, 2020

👍 97   👎 1   ➔ SHARE   ≡+ SAVE   •••



**Judicial Protest**
20 subscribers

ANALYTICS   EDIT VIDEO

Attorney Haynes Hansen services all ranchers.

Visit www.HaynesHansen.net to learn more.

SHOW MORE

42 Comments   ≡ SORT BY

## 42 Comments     SORT BY

 Add a public comment...

 **Sufang Kong** 1 month ago

I saw this as an ad. It's a good ad.

 29      ♥   REPLY

 **USApennyHunter 43** 4 weeks ago

This is one hell of an ad

 21         REPLY

▲ **Hide 2 replies**

 **USApennyHunter 43** 4 weeks ago
@Judicial Protest Damn, you are an absolute legend 😂

👍 4  👎  ♥  REPLY

 **audrey victoria** 2 weeks ago
Minnesotans are truly going wild after the election wow

👍 12  👎  ♥  REPLY

▼ View reply

**Gamecks** 3 weeks ago
Does YouTube just not approve of ads with a person anymore lmao. This is amazing.

👍 11  👎  ♥  REPLY

▼ View reply from Judicial Protest

**J** **Jack Young** 3 weeks ago
Now THIS is how you make an influential advertisement

👍 4  👎  ♥  REPLY

**WannaBeDev** 1 month ago
RAM RANCH?!

👍 11  👎  ♥  REPLY

**Nickolas Cruiser** 3 weeks ago
This is the greatest ad I've ever seen. What was your Protonmail address? I missed it

👍 6  👎  ♥  REPLY

▼ View 2 replies from Judicial Protest and others

**gopper** 1 month ago
18 NAKED COWBOYS

👍 3  👎  ♥  REPLY

**Realistic Luigi** 2 weeks ago
This is the greatest ad of all time

 **Realistic Luigi** 2 weeks ago

This is the greatest ad of all time

👍 3  👎  ♥    REPLY

▲  Hide 3 replies

**big clifford** 2 weeks ago

fake luigi

👍  👎  ♥    REPLY

**Realistic Luigi** 2 weeks ago

your mama

👍  👎  ♥    REPLY

J  **Judicial Protest** 2 weeks ago (edited)

Mr. Hansen is a skilled  arbitrator and can immediately mediate these differences to determine if Mr. Luigi is "fake" during a Rule 114 conference.

👍  👎  ♥    REPLY

**SGpro** 3 weeks ago
Minnesota style ranching, 18 naked cowboys in the showers at Ram Ranch.

👍 2  👎  ♡    REPLY

▼ View reply from Judicial Protest

**JakeShuf** 1 week ago
The one dislike is from Haynes Hanson

👍 1  👎  ♡    REPLY

**WHAT THE FLIM FLAM?** 2 weeks ago
I don't even understand this ad but I like jt

👍 1  👎  ♡    REPLY

**big clifford** 2 weeks ago
a racist lawyer made an ad with ram ranch, i love this state so much

👍 1  👎  ♡    REPLY

▼ View 3 replies from Judicial Protest and others

**Andrew Kuria** 2 weeks ago
beautiful

👍  👎  ♡    REPLY

**Endercybereye33** 3 weeks ago
RAM RANCH REALLY ROCKS

👍 1  👎  ♡    REPLY

**OmniJDM** 4 weeks ago
BRUH

👍 2  👎  ♡    REPLY

**NotFilthyZak** 3 weeks ago
Now this is epic

👍 1  👎  ♡    REPLY

**Eliman** 3 weeks ago
Best ad ever

👍 1  👎  ♡    REPLY

**JakeShuf** 1 week ago
I don't know how this slipped through the cracks but I love it. Never seen a better ad on YouTube.

👍  👎  ♡    REPLY

▼ View reply from Judicial Protest

**Randy Dandy** 3 weeks ago
This is ascended advertising

👍 1  👎  ♡    REPLY

**Edwin Torres** 1 month ago
Lmao

👍  👎  ♡    REPLY

