# EXHIBIT A

| Work Date | Timekeeper Name | Work Hour | Work Rate | Work Amount | Narrative |
|---|---|---|---|---|---|
| 10/19/2020 | Charles C. Gokey | 5.60 | 535.00 | $2,996.00 | Prepare motion for sanctions against B. Fredin. |
| 10/20/2020 | Anne M. Lockner | 1.00 | 725.00 | $725.00 | Review and comment on draft brief in support of motion for sanctions. |
| 10/20/2020 | J. Haynes Hansen | 0.70 | 440.00 | $308.00 | Revise draft sanctions motion. |
| 10/20/2020 | Charles C. Gokey | 6.30 | 535.00 | $3,370.50 | Prepare and circulate initial draft of motion for sanctions against B. Fredin. |
| 10/21/2020 | Anne M. Lockner | 0.80 | 725.00 | $580.00 | Revisions to declaration in support of motion for sanctions. |
| 10/21/2020 | Anne M. Lockner | 0.50 | 725.00 | $362.50 | Analyze and revise draft brief in support of motion for sanctions. |
| 10/21/2020 | J. Haynes Hansen | 0.30 | 440.00 | $132.00 | Revise sanctions motion. |
| 10/21/2020 | J. Haynes Hansen | 2.60 | 440.00 | $1,144.00 | Draft declaration for sanctions motion. |
| 10/21/2020 | Charles C. Gokey | 4.40 | 535.00 | $2,354.00 | Revise and finalize motion for sanctions against B. Fredin. |
| 11/5/2020 | Charles C. Gokey | 3.10 | 535.00 | $1,658.50 | Prepare reply in support of motion for sanctions. |
| 11/6/2020 | Anne M. Lockner | 0.80 | 725.00 | $580.00 | Analyze draft of reply brief in support of motion for sanctions. |
| 11/6/2020 | Charles C. Gokey | 3.40 | 535.00 | $1,819.00 | Prepare reply in support of motion for sanctions. |
| 11/9/2020 | Charles C. Gokey | 4.20 | 535.00 | $2,247.00 | Prepare reply in support of motion for sanctions. |
| 11/10/2020 | J. Haynes Hansen | 2.60 | 440.00 | $1,144.00 | Draft declaration to sanctions reply brief. |
| 11/10/2020 | Charles C. Gokey | 4.50 | 535.00 | $2,407.50 | Prepare reply in support of motion for sanctions. |
| 11/11/2020 | Anne M. Lockner | 1.90 | 725.00 | $1,377.50 | Revisions to reply brief. |
| 11/11/2020 | J. Haynes Hansen | 2.10 | 440.00 | $924.00 | Draft declaration to sanctions reply brief. |
| 11/11/2020 | Charles C. Gokey | 0.90 | 535.00 | $481.50 | Revise reply in support of motion for sanctions. |
| 11/12/2020 | Anne M. Lockner | 0.80 | 725.00 | $580.00 | Review and revise final versions of brief and declaration. |
| 11/12/2020 | J. Haynes Hansen | 0.50 | 440.00 | $220.00 | Prepare reply brief for filing. |
| 11/12/2020 | Charles C. Gokey | 2.50 | 535.00 | $1,337.50 | Revise and finalize reply in support of motion for sanctions. |
| **Total** | | **49.50** | | **$26,748.50** | |