# EXHIBIT B

| Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 10/19/2020 | Anne M. Lockner | 1.80 | 725.00 | $1,305.00 | Analyze defamatory material B. Fredin placed on web; strategize with team regarding the same; call regarding SEO strategy; strategy with team regarding motion for a TRO and other avenues of recourse for defamatory websites and videos; further correspondence with team regarding strategy; meet regarding SEO and other technical avenues of recourse. |
| 10/19/2020 | J. Haynes Hansen | 1.20 | 440.00 | $528.00 | Strategize regarding response to defamatory materials posted by opponent. |
| 10/19/2020 | Ena M. Kovacevic | 4.70 | 330.00 | $1,551.00 | Analyze case law regarding defamation and sanctions. |
| 10/19/2020 | Charles C. Gokey | 8.30 | 535.00 | $4,440.50 | Perform legal research regarding remedies available pursuant to the Court's inherent power (2.7); Prepare motion for sanctions against B. Fredin (5.6). |
| 10/20/2020 | Anne M. Lockner | 1.50 | 725.00 | $1,087.50 | Review and comment on draft brief in support of motion for sanctions and correspondence regarding the same. |
| 10/20/2020 | J. Haynes Hansen | 0.70 | 440.00 | $308.00 | Revise draft sanctions motion. |
| 10/20/2020 | J. Haynes Hansen | 1.50 | 440.00 | $660.00 | Analyze defamatory postings and strategize regarding response. |
| 10/20/2020 | Charles C. Gokey | 8.30 | 535.00 | $4,440.50 | Perform legal research regarding the Court's inherent power (2); Prepare and circulate initial draft of motion for sanctions against B. Fredin (6.3). |
| 10/21/2020 | Anne M. Lockner | 0.80 | 725.00 | $580.00 | Revisions to declaration in support of motion for sanctions. |
| 10/21/2020 | Anne M. Lockner | 0.50 | 725.00 | $362.50 | Analyze and revise draft brief. |
| 10/21/2020 | J. Haynes Hansen | 0.30 | 440.00 | $132.00 | Revise sanctions motion. |
| 10/21/2020 | J. Haynes Hansen | 2.60 | 440.00 | $1,144.00 | Draft declaration for sanctions motion. |
| 10/21/2020 | Charles C. Gokey | 8.00 | 535.00 | $4,280.00 | Revise and finalize motion for sanctions against B. Fredin (6.4); Revise and finalize A. Lockner declaration in support of motion for sanctions against B. Fredin (1.6). |
| 10/22/2020 | J. Haynes Hansen | 1.10 | 440.00 | $484.00 | Strategize regarding response to defamatory postings. |
| 10/23/2020 | Anne M. Lockner | 0.30 | 725.00 | $217.50 | Finalize declaration submitting electronic versions of videos. |
| 10/26/2020 | Anne M. Lockner | 1.20 | 725.00 | $870.00 | Confer with colleagues regarding options and strategy to deal with websites and videos; correspondence regarding the same. |
| 10/26/2020 | Charles C. Gokey | 0.70 | 535.00 | $374.50 | Strategize concerning additional videos created by B. Fredin. |
| 10/27/2020 | Anne M. Lockner | 0.40 | 725.00 | $290.00 | Correspondence regarding latest videos; strategy regarding submissions to the Court. |
| 10/27/2020 | J. Haynes Hansen | 2.40 | 440.00 | $1,056.00 | Draft supplemental filing in support of motion for sanctions. |
| 10/28/2020 | Charles C. Gokey | 0.30 | 535.00 | $160.50 | Strategize concerning additional videos by B. Fredin. |
| 10/30/2020 | Anne M. Lockner | 0.10 | 725.00 | $72.50 | Correspondence with B. Fredin regarding motion for sanctions. |
| 11/2/2020 | Charles C. Gokey | 1.00 | 535.00 | $535.00 | Strategize regarding motion for sanctions with A. Lockner. |
| 11/5/2020 | Charles C. Gokey | 3.10 | 535.00 | $1,658.50 | Prepare reply in support of motion for sanctions. |
| 11/6/2020 | Anne M. Lockner | 0.80 | 725.00 | $580.00 | Analyze draft of brief. |
| 11/6/2020 | Charles C. Gokey | 3.40 | 535.00 | $1,819.00 | Prepare reply in support of motion for sanctions. |

| Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 11/9/2020 | Charles C. Gokey | 10.30 | 535.00 | $5,510.50 | Perform legal research regarding the First Amendment in support of motion for sanctions (3.6); Prepare reply in support of motion for sanctions (6.7). |
| 11/10/2020 | Anne M. Lockner | 0.20 | 725.00 | $145.00 | Correspondence regarding current draft of reply brief. |
| 11/10/2020 | J. Haynes Hansen | 2.60 | 440.00 | $1,144.00 | Draft declaration to sanctions reply brief. |
| 11/10/2020 | Ena M. Kovacevic | 1.90 | 330.00 | $627.00 | Analyze case law about Courts enjoining harassing communications in preparation of drafting sanctions motion. |
| 11/10/2020 | Charles C. Gokey | 4.50 | 535.00 | $2,407.50 | Prepare reply in support of motion for sanctions (4.5); Prepare reply in support of motion to dismiss and to designate Fredin a vexatious litigant (3.4). |
| 11/11/2020 | Anne M. Lockner | 1.90 | 725.00 | $1,377.50 | Revisions to reply brief and correspondence regarding new videos. |
| 11/11/2020 | Anne M. Lockner | 0.40 | 725.00 | $290.00 | Review colleague's edits to declaration and memorandum and correspond regarding the same. |
| 11/11/2020 | J. Haynes Hansen | 2.10 | 440.00 | $924.00 | Draft declaration to sanctions reply brief. |
| 11/11/2020 | Charles C. Gokey | 0.90 | 535.00 | $481.50 | Revise reply in support of motion for sanctions. |
| 11/12/2020 | Anne M. Lockner | 0.80 | 725.00 | $580.00 | Review and revise final versions of brief and declaration. |
| 11/12/2020 | J. Haynes Hansen | 0.50 | 440.00 | $220.00 | Prepare reply brief for filing. |
| 11/12/2020 | Charles C. Gokey | 2.50 | 535.00 | $1,337.50 | Revise and finalize reply in support of motion for Sanctions. |
| 11/16/2020 | Anne M. Lockner | 0.90 | 725.00 | $652.50 | Review reply brief. |
| Total | | 84.50 | | $44,633.50 | |