# EXHIBIT C

| Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 11/25/2020 | Ena M. Kovacevic | 2.70 | 330.00 | 891.00 | Analyze case law and draft memorandum in support of motion for an order to show cause and hold Fredin in contempt. |
| 11/30/2020 | Ena M. Kovacevic | 2.00 | 330.00 | 660.00 | Analyze case law and draft memorandum in support of motion for an order to show cause and hold Fredin in contempt. |
| 12/1/2020 | Charles C. Gokey | 5.20 | 535.00 | 2,782.00 | Prepare motion to hold B. Fredin in contempt. |
| 12/2/2020 | J. Haynes Hansen | 0.30 | 440.00 | 132.00 | Analyze show cause motion in preparation for filing. |
| 12/2/2020 | Ena M. Kovacevic | 1.40 | 330.00 | 462.00 | Draft declaration of A. Lockner in support of Kreil's motion for order to show cause and supporting documentation. |
| 12/2/2020 | Anne M. Lockner | 1.30 | 725.00 | 942.50 | Revisions and comments to brief and declaration in support of motion to show cause. |
| 12/2/2020 | Charles C. Gokey | 3.80 | 535.00 | 2,033.00 | Prepare and finalize motion for order to show cause as to why B. Fredin should not be held in contempt. |
| **Total** | | **16.70** | | **$7,902.50** | |