# EXHIBIT D

| Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 11/25/2020 | J. Haynes Hansen | 1.60 | 440.00 | 704.00 | Draft opposition letter to Fredin's letter asking for leave to file motion to reconsider. |
| 11/25/2020 | Charles C. Gokey | 2.00 | 535.00 | 1,070.00 | Prepare opposition to Fredin's motion for leave to file motion for reconsideration. |
| **Total** | | **3.60** | | **$1,774.00** | |