# EXHIBIT E

| Date | Name | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 11/30/2020 | Anne M. Lockner | 0.50 | 725.00 | 362.50 | Analysis and comment on strategy for fee application. |
| 11/30/2020 | Charles C. Gokey | 2.50 | 535.00 | 1,337.50 | Prepare fee petition in response to the Court's November 23, 2020 Order. |
| 12/3/2020 | J. Haynes Hansen | 0.20 | 440.00 | 88.00 | Revise fee petition. |
| 12/3/2020 | Ena M. Kovacevic | 3.40 | 330.00 | 1,122.00 | Analyze case law regarding reasonable fees and time spent on similar motions in support of Kreil's fee petition for attorneys' fees related to Kreil's motion for sanctions. |
| 12/3/2020 | Charles C. Gokey | 5.80 | 535.00 | 3,103.00 | Prepare fee petition for fees incurred in bringing motion for sanctions. |
| 12/4/2020 | Ena M. Kovacevic | 2.20 | 330.00 | 726.00 | Analyze case law regarding reasonable fees and time spent on similar motions in support of Kreil's fee petition for attorneys' fees related to Kreil's motion for sanctions. |
| 12/4/2020 | Charles C. Gokey | 4.60 | 535.00 | 2,461.00 | Legal research regarding comparable fee petitions (2.4); Prepare fee petition (2.2). |
| **Total** | | **19.20** | | **$9,200.00** | |