UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>    Plaintiff,<br><br>    v.<br><br>Jamie Kreil,<br><br>    Defendant. | Case No. 0:20-cv-01929-SRN-HB |

**DECLARATION OF ANNE M. LOCKNER IN OPPOSITION TO BROCK FREDIN'S MOTION TO RECUSE JUDGE SUSAN RICHARD NELSON**

Pursuant to 28 U.S.C. § 1746, I, Anne M. Lockner, declare:

1. I and my colleagues at Robins Kaplan LLP serve as counsel to Jamie Kreil in the above-captioned matter.

2. I joined Robins Kaplan before any of the other attorneys who have appeared for Jamie Kreil in this matter, in August of 2000.

3. While Judge Susan Richard Nelson previously worked at Robins Kaplan, I understand from public sources that she was appointed as a U.S. Magistrate Judge in June of 2000, which was two months before I joined Robins Kaplan in August of that year.

4. Accordingly, I never worked with Judge Nelson at Robins Kaplan, and Judge Nelson did not "mentor" me at Robins Kaplan.

1

91139881.1

5.   I have no recollection of speaking or communicating with Judge Nelson at any point outside of formal judicial proceedings, whether at Robins Kaplan or in any other context.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 17th day of December, 2020, in Minneapolis, MN.

By: *s/Anne M. Lockner*