# Brock Fredin

Phone: (612) 424-5512 • E-Mail: brockfredinlegal@icloud.com

Date:  December 17, 2020

**BY ECF**

Judge Susan Richard Nelson
United States District Court
316 Robert St N
Saint Paul, MN 55101

    Re:    *Fredin v. Miller et al.*, Case No. 18-CV-466-SRN
            *Fredin v. Middlecamp*, Case No. 17-CV-3058-SRN
            *Fredin v. Kreil*, Case No. 20-CV-01928-SRN

Dear Judge Nelson:

I am writing to request additional time to file my show cause response.  Specifically, I am requesting a one (1) day extension until Friday December 18 at 11:59PM.

I need additional time to thoroughly review my brief before filing.

Thank You for Your continued courtesies and attention to this matter.

                                            Respectfully submitted,

                                            s/ Brock Fredin
                                            Brock Fredin

    cc:    Karl Johann Breyer (by ECF)
    cc:    Anne M. Lockner (by ECF)