# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Brock Fredin,

          Plaintiff,

v.

Jamie Kreil,

          Defendant.

Civil No. 20-cv-1929 (SRN/HB)

**ORDER ON JOINT MOTION REGARDING CONTINUED SEALING**

Before the Court is the Joint Motion Regarding Continued Sealing (ECF No. 111), pursuant to Local Rule 5.6(d), concerning the confidential documents filed under seal (ECF Nos. 55, 55-1, 55-2, 61-1). Having reviewed the motion and the documents filed under seal, as well as all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Joint Motion (ECF No. 111) is **GRANTED**, as follows:

1. The confidential documents filed under seal shall remain sealed; and
2. The Clerk is directed to keep these documents sealed:

    ECF Nos. 55, 55-1, 55-2, 61-1.

Dated: January 11, 2021

    s/ *Hildy Bowbeer*
    HILDY BOWBEER
    United States Magistrate Judge