# Brock Fredin

Phone: (612) 424-5512 • E-Mail: brockfredinlegal@icloud.com

Date: January 16, 2021

**BY ECF**

Judge Susan Richard Nelson
United States District Court
316 Robert St N
Saint Paul, MN 55101

    Re:    *Fredin v. Kreil*, Case No. 20-CV-01929-SRN

Dear Judge Nelson:

I am writing to request the option of filing a motion for reconsideration related to the Court's January 11, 2021 Order.

The reasons for the reconsideration are as follows: 1) I was not given enough time pursuant to Fed. R. Civ. P. R. 6 and 27 to file an opposition; 2) I did not consent in any way to joining Defendant's outrageous motion.

Ms. Lockner used the term "joint" in the title of their January 8, 2021 motion. Ms. Lockner's outrageous assertion that I joined their motion is yet another blatant lie. I do not and never will speak in any way to Defendant's counsel which forecloses any notion that I would join in Robins Kaplan LLP fraudulent motion.

Defendant and her counsel should be sanctioned for yet another blatant lie in repeatedly using the term "joint" to imply that I consented to their fraudulent request. This Court would never dare hold its friends accountable (namely Ms. Lockner) because the Court is rigging cases on behalf of its former firm Robins Kaplan LLP and its current partner Ms. Lockner to repeatedly attack me. This is incredibly shameful conduct.

Thank You for Your continued courtesies and attention to this matter.

                                            Respectfully submitted,

                                            Brock Fredin

                                                        s/ Brock Fredin  
                                                        Brock Fredin

cc:    Anne M. Lockner (by ECF)