# Brock Fredin

Phone: (612) 424-5512 • E-Mail: brockfredinlegal@icloud.com

Date:  January 16, 2021

**BY ECF**

Judge Susan Richard Nelson
United States District Court
316 Robert St N
Saint Paul, MN 55101

      Re:    *Fredin v. Miller et al.*, Case No. 18-CV-466-SRN
                *Fredin v. Middlecamp*, Case No. 17-CV-3058-SRN
                *Fredin v. Kreil*, Case No. 20-CV-01929-SRN

Dear Judge Nelson:

I am writing to request the option of filing a motion for reconsideration related to the Court's January 8, 2021 show cause Order.

Specifically, the Court's January 8, 2021 show cause Order is an attack on democracy itself.  The Court wielded its "inherent power to sanction" in a patently unconstitutional manner.  Prior to issuing a show cause order under the Court's inherent power, it is required to afford me a "fair notice and an opportunity for a hearing on the record." *Roadway Exp., Inc. v. Piper*, 447 U.S. 752, 767 (1980).  *See also U.S. v. Blodgett*, 412 F. App'x 935 (9th Cir. 2011).  The Court conducted no such hearing consequently denying me due process.

More specifically, the Court is operating under a fabricated November 23, 2020 finding that I posted the websites in order to gain "favorable settlement terms or judicial decisions." (*See Fredin v. Kreil*, Dock. No. 39 p. 16).  This January 8, 2021 show cause Order similarly required a hearing on the record before it could be rendered.  *CRST Expedited, Inc. v. Knight Transp., Inc.*, No. 17-CV-24 CJW (N.D. Iowa Mar. 15, 2018) (requiring evidentiary support).  "For a sanction to be validly imposed, the conduct in question must in fact be sanctionable under the authority relied upon." *United States v. Stoneberger*, 805 F.2d 1391, 1392 (9th Cir. 1986).  More importantly, it belies the facts of this case:

    a. There is evidence that Defendants use their tabloid and Twitter attacks to denigrate attorneys who represent me.  Specifically, Defendants attacked my previous attorney Nathan M. Hansen consequently preventing from retaining reasonable counsel during this or any other litigation.
    b. There is evidence that numerous attorneys refused to represent me or similarly requested significantly higher retainers because of Defendants reprisals.
    c. There is evidence that Defendants have threatened to "dick-punch me into an event horizon" and used those physical threats to intimidate me in settlement discussions.  (*See Fredin* January 16, 2021 Decl. Ex. A.)  This Court has not sanctioned Defendants for using physical threats to gain favorable settlement terms.  (*See Fredin* January 16, 2021 Decl. Ex. B.)

- d. There is evidence that Defendants similarly used Twitter attacks to intimidate me in settlement discussions. *(See Id.)* Specifically, Defendants stated that they would "delete all @CardsAgstHrsmt tweets" if I "release [Defendants] from and against any and all claims … underlying Civil lawsuits." *(See Id at p. 2.)* This Court has not sanctioned Defendants for using contrived Twitter attacks to gain favorable settlement terms.
- e. There is evidence that in 2019 Defendants began creating additional attacks on Twitter under the @Webster account to invade my safety, security, and privacy. It is believed these attacks still exist. This Court has not sanctioned Defendants for using this Twitter attack to further intimidate me.

Sadly, this Court attacks the Constitution and democracy itself by violating my First Amendment and Due Process rights. Even worse, Defendants admit in writing to threatening to "dick-punch [me] into an event horizon" and a lifetime of Twitter or tabloid attacks against me to gain favorable settlement terms. *(See Id.)* As this Court rigs cases on behalf of high-powered Defendants, Defendants face no accountability for the physical threats or intimidation schemes that they direct at me.

The statements and holdings of the Court's January 8, 2021 Order ignores the fact that the November 23, 2020 injunction is facially unconstitutional and violates the First Amendment in every respect. The Court's fundamentally unfair conduct in covering up Defendants misconduct and allowing Defendants to attack me is disturbing, perverted, and truly evil. Every staff person who is complicit in the Court's actions should be deeply sickened and ashamed of their actions. More broadly, this Court has now facilitated Defendants conduct in torturing me.

In denying this request, I am respectfully requesting that the Court address Defendants attacks described above and why it has allowed this to continue without injunctive relief. More importantly, I am respectfully requesting to know why the Court has chosen to engage in extreme bias to target and silence my protected rights instead.

Sincerely,

s/ Brock Fredin
Brock Fredin

cc:   Anne M. Lockner (by ECF)
cc:   Karl Johann Breyer (by ECF)