UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Brock Fredin,

    Plaintiff,

v.

Jamie Kreil,

    Defendant.

Case No. 0:20-cv-01929-SRN-HB

**Jamie Kreil's Response Regarding Brock Fredin's Compliance
with the Court's November 23, 2020 Order**

As directed by the Court in its January 8, 2020 Order (Dkt. 110), Jamie Kreil submits as follows concerning Brock Fredin's compliance with the Court's Order (Dkt. 39) dated November 3, 2020. In sum, Fredin has partially complied with that Order. But he still has not complied fully, despite the Court's warnings and Fredin's assertion of compliance in his recent Declaration (Dkt. 123).

As of the filing of this Response, Fredin has removed the harassing videos that were subject to the Court's Order (Dkt. 39) from his "Judicial Protest" YouTube channel. He has further password protected most—but not all—of his harassing websites, shielding their contents from public view. It is unclear whether and to whom these websites may still be visible with a password.

The one exception of which Kreil's counsel is aware is the website Fredin created attacking Judge Nelson (susanrichardnelson.com), which remains publicly available as of the filing of this Response. *See* Lockner Decl. ¶ 2, Ex. A. Fredin created this website in (deliberate) violation of the Court's November 23, 2020 Order, as the Court has previously observed. *See* Order (Dkt. 71) at 3, 7. Given the Court's Orders, as well as the fact that Fredin removed the YouTube video he created to accompany this website and parrot its content, Fredin plainly is on notice and understands that the website falls within the scope of the Court's November 23, 2020 Order. Accordingly, while he has now complied in part, Fredin remains in contempt of the Court's November 23, 2020 Order.

DATED:  February 5, 2021        **ROBINS KAPLAN LLP**

By: __/s/ *Anne M. Lockner*__
Anne M. Lockner (Bar No. 0295516)
J. Haynes Hansen (Bar No. 0399102)
Ena M. Kovacevic (Bar No. 0400149)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
alockner@robinskaplan.com
ekovacevic@robinskaplan.com
hhansen@robinskaplan.com

*Counsel for Defendant Jamie Kreil*