UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>    Plaintiff,<br><br>    v.<br><br>Jamie Kreil,<br><br>    Defendant. | Case No. 0:20-cv-01929-SRN-HB |

**Declaration of Anne M. Lockner in Support of Response Regarding Brock Fredin's Compliance with the Court's November 23, 2020 Order**

Pursuant to 28 U.S.C. § 1746, I, Anne M. Lockner, declare:

1. I and my colleagues at Robins Kaplan LLP serve as counsel to Jamie Kreil in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of the website I accessed at www.susanrichardnelson.com on February 4, 2020. As of the submission of this Declaration, the website remains publicly available.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 5th day of February, 2021, in Minneapolis, MN.

                                                By: *s/Anne M. Lockner*