# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Jamie Kreil,<br><br>    Defendant. | Case No. 0:20-cv-01929-SRN-HB |

### MOTION REGARDING CONTINUED SEALING
### OF DOCUMENT PURSUANT TO LOCAL RULE 5.6

Jamie Kreil submits as follows under Local Rule 5.6 relating to the document temporarily filed under seal in connection with the Kreil's response to the Court's January 8, 2021 Order (Dkt. 110). Kreil requested Brock Fredin's position on continued sealing of the document at issue but Fredin did not respond, despite Kreil's notice that she would file the instant Motion should he fail to respond by 3 p.m. today (the deadline for filing).

The following document was filed under temporary seal:

| Sealed Docket Number | Redacted Docket Number | Document Description | Precisely Identify Information:<br>• That the parties agree should remain sealed;<br>• The parties agree should be unsealed;<br>• About which the parties disagree. | Reason Why Document Should Remain Sealed or Be Unsealed |
|---|---|---|---|---|
| 128 | N/A | Ex. A to Declaration of Anne M. Lockner: Pdf version of website currently hosted at www.susanrichardson.com" | Kreil takes the position that the document should remain sealed.<br><br>Fredin did not respond by the deadline to file this Motion, and thus Kreil is unaware of Fredin's position on continued sealing. | Kreil states that the document should remain sealed because Fredin created it in an effort to harass and intimidate counsel and the Court, and in violation of the Court's Order on Kreil's Motion for Sanctions. *See* Order (Dkt 110); Order (Dkt. 39). The document is also materially identical to another document the Court has previously ordered sealed. The prejudicial effect of preserving the document in the public record here outweighs the public interest in accessing it.<br><br>Fredin did not provide his position. |

Dated:  February 26, 2021  **ROBINS KAPLAN LLP**

By: */s/ Anne M. Lockner*
Anne M. Lockner (0295516)
J. Haynes Hansen (Bar No. 0399102)
Ena M. Kovacevic (Bar No. 0400149)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Fax: (612) 339-4181
alockner@robinskaplan.com
ekovacevic@robinskaplan.com
hhansen@robinskaplan.com

*Counsel for Defendant Jamie Kreil*