UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Brock Fredin,

    Plaintiff,

v.

Jamie Kreil,

    Defendant.

Case No. 20-cv-01929 (SRN/HB)

ORDER GRANTING
MOTION REGARDING CONTINUED SEALING

Before the Court is the Motion Regarding Continued Sealing (ECF No. 138) pursuant to Local Rule 5.6(d), concerning the confidential document filed under seal (ECF No. 128). Having reviewed the motion and the document filed under seal, as well as all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Motion (ECF No. 138) is **GRANTED**, as follows:

    1.    The confidential document filed under seal shall remain sealed; and

    2.    The Clerk is directed to keep this document sealed:

ECF No. 128

1

Dated:  March 1, 2021          s/*Hildy Bowbeer*_____
                               HILDY BOWBEER
                               United States Magistrate Judge