## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brock Fredin,

          Plaintiff,

v.

Jamie Kreil,

          Defendant.

Civil No. 20-cv-1929 (SRN/HB)

**ORDER DENYING MOTION TO UNSEAL DOCUMENTS**

      This matter is before the Court on Plaintiff Brock Fredin's Motion to Unseal Documents (ECF No. 133). The motion seeks to unseal documents filed in this case that comprise copies of web publications posted by Plaintiff that the Honorable Susan Richard Nelson, United States District Judge, has repeatedly found demonstrated "bullying, harassment, intimidation, and retaliation specifically designed to interfere with the judicial process." (Jan. 8, 2021 Order at 4 [ECF No. 110].) Indeed, Judge Nelson entered an injunction requiring that the publications be removed from the internet and not republished. (Nov. 23, 2020 Order at 18, 21-22 [ECF No. 39]; *see also* Dec. 4, 2020 Order at 7 [ECF No. 71].) As Judge Nelson noted, "courts have recognized that the First Amendment does not entitle a litigant to harass and intimidate opposing parties, their counsel, or the court." (*Id.* at 3.)[1] The unsealing of these documents would undermine the Court's rulings and the injunction.

---

[1] Judge Nelson's orders were upheld on appeal by the United States Court of Appeals for the Eighth Circuit.

Accordingly, IT IS HEREBY ORDERED that the Motion to Unseal (ECF No. 133) is DENIED.

Dated:  September 3, 2021               s/*Hildy Bowbeer*
                                              HILDY BOWBEER
                                              United States Magistrate Judge