UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Jamie Kreil,<br><br>    Defendant. | Case No. 0:20-cv-01929-SRN-HB |
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Lindsey Middlecamp,<br><br>    Defendant. | Case No. 0:17-cv-03058-SRN-HB |
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Grace Elizabeth Miller and Catherine Marie Schaefer,<br><br>    Defendants. | Case No. 0:18-cv-00466-SRN-HB |

**JOINT RENEWED MOTION FOR AN ORDER TO SHOW CAUSE**

The parties to the above-captioned cases hereby move the Court for an Order (1) holding Brock Fredin in willful contempt of this Court's Order (Dkt. 39); (2) requiring Fredin to show cause why it should not hold him in contempt; (3) imposing a daily fine of $500 for each posting every day that they remain posted; (4) imposing a daily fine of $500 for every day that any future abuse is posted; (5) granting the parties to the above-captioned cases' counsel attorney's fees for bringing this motion as well as an upward adjustment from Defendants' original fee petitions (*see* Dkt. 77; 18-cv-466, Dkt 248; 17-cv-3058, Dkt 278), to account for the time counsel spent on Fredin's appeal of this Court's Orders. The grounds for this Motion are set forth in the accompanying Memorandum of Law and Declaration of Anne Lockner.

DATED: December 16, 2021				**ROBINS KAPLAN LLP**

By: /s/ *Anne M. Lockner*
Anne M. Lockner (0295516)
J. Haynes Hansen (Bar No. 0399102)
Ena M. Kovacevic (Bar No. 0400149)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
alockner@robinskaplan.com
ekovacevic@robinskaplan.com
hhansen@robinskaplan.com

*Counsel for Defendant Jamie Kreil*


**Kutak Rock LLP**
By: /s/ *K. Jon Breyer*
K. Jon Breyer (302259)
60 South Sixth Street
Suite 3400
Minneapolis, Minnesota 55402
T: (612) 334-5057
jon.breyer@kutakrok.com

*Counsel for Defendants Lindsey Middlecamp, Grace Elizabeth Miller and Catherine Marie Schaefer*