# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Jamie Kreil,<br><br>    Defendant. | Case No. 0:20-cv-01929-SRN-HB |
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Lindsey Middlecamp,<br><br>    Defendant. | Case No. 0:17-cv-03058-SRN-HB |
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Grace Elizabeth Miller and Catherine Marie Schaefer,<br><br>    Defendants. | Case No. 0:18-cv-00466-SRN-HB |

**LR 7.1(a)(1) MEET-AND-CONFER STATEMENT ON JOINT MOTION FOR AN ORDER TO SHOW CAUSE**

Pursuant to Local Rule 7.1(a)(1), the Parties to the above-captioned cases certify that their counsel has attempted to meet-and-confer in good faith with Brock Fredin previously, but Fredin has categorically declined and stated that he will not confer in the manner required under the Local Rules. Moreover, given the urgency of this Motion, it was not practicable to meet and confer prior to filing. Should the Court deem it necessary despite Fredin's prior refusal, the parties to the above-captioned cases' counsel will attempt to meet-and-confer with Fredin as soon as possible after filing. The parties were unable to resolve the issues raised in the Motion.

DATED:  December 16, 2021                **ROBINS KAPLAN LLP**

By: /s/ *Anne M. Lockner*
Anne M. Lockner (0295516)
J. Haynes Hansen (Bar No. 0399102)
Ena M. Kovacevic (Bar No. 0400149)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
alockner@robinskaplan.com
ekovacevic@robinskaplan.com
hhansen@robinskaplan.com

*Counsel for Defendant Jamie Kreil*


**Kutak Rock LLP**
By: /s/ *K. Jon Breyer*
K. Jon Breyer (302259)
60 South Sixth Street
Suite 3400
Minneapolis, Minnesota 55402
T: (612) 334-5057
jon.breyer@kutakrok.com

*Counsel for Defendants Lindsey Middlecamp, Grace Elizabeth Miller and Catherine Marie Schaefer*