UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Jamie Kreil,<br><br>    Defendant. | Case No. 0:20-cv-01929-SRN-HB |
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Lindsey Middlecamp,<br><br>    Defendant. | Case No. 0:17-cv-03058-SRN-HB |
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Grace Elizabeth Miller and Catherine Marie Schaefer,<br><br>    Defendants. | Case No. 0:18-cv-00466-SRN-HB |

**STATEMENT INSTEAD OF REDACTED DOCUMENTS**

Pursuant to Local Rule 5.6, the Second Declaration of Anne M. Lockner in Support of Joint Renewed Motion for an Order to Show Cause and Exhibits A through I attached to that Declaration have been filed under seal and redaction is impracticable because the interest in preserving the professional reputation, privacy and safety of the individuals identified in the documents outweighs any public interest in the sealed documents. Moreover, the individuals affected would suffer the very harm they seek to avoid, namely that, the disparaging material would be publicly available if the exhibits are not sealed.

DATED:  January 3, 2022

**ROBINS KAPLAN LLP**

By:  /s/ *Anne M. Lockner*
Anne M. Lockner (0295516)
J. Haynes Hansen (Bar No. 0399102)
Ena M. Kovacevic (Bar No. 0400149)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
alockner@robinskaplan.com
ekovacevic@robinskaplan.com
hhansen@robinskaplan.com

*Counsel for Defendant Jamie Kreil*

DATED:  January 3, 2022                          **Kutak Rock LLP**
By: /s/ *K. Jon Breyer*
K. Jon Breyer (302259)
60 South Sixth Street
Suite 3400
Minneapolis, Minnesota 55402
T: (612) 334-5057
jon.breyer@kutakrok.com

*Counsel for Defendants Lindsey Middlecamp, Grace Elizabeth Miller and Catherine Marie Schaefer*