# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

BROCK FREDIN,

                Plaintiff,

    --against--

LINDSEY MIDDLECAMP,

                Defendants.

District Court Case No.  17-CV-3058 (SRN)

---

BROCK FREDIN,

                Plaintiff,

    --against--

GRACE MILLER,
CATHERINE SCHAEFER,

                Defendants.

District Court Case No.  18-CV-466 (SRN)

---

BROCK FREDIN,

                Plaintiff,

    --against--

JAMIE KREIL,

                Defendant.

District Court Case No.  20-CV-01929 (SRN)

---

## CORRECTED DECLARATION OF BROCK FREDIN

STATE OF WISCONSIN        }
                                  ss:
COUNTY OF SAINT CROIX    }

       BROCK FREDIN, being duly sworn, deposes and says:

1.      I am the Plaintiff in the above-captioned proceeding.  I submit this declaration in support of my motion for sanctions and show cause response filed on January 3, 2022.  For the reasons stated herein and within the memorandum of law in support of sanctions and response, I respectfully seek sanctions against Defendants and their counsel Robins Kaplan and Kutak Rock.

## <u>AUTHENTICATION OF DOCUMENTS</u>

2.      Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of summary screenshots of the Youtube video titled "Philip Sieff – Predator and Drug Addict" dated December 11, 2021.

3.      Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of summary screenshots of the Youtube video titled "Anne Lockner– Manages Robins Kaplan With Team Of Drug Addicts" dated December 11, 2021.

4.      Attached hereto as **<u>Exhibit C</u>** is a true and correct copy of summary screenshots of the Youtube video titled "K. Jon Breyer– Rapes Women And Abuses Associates" dated December 11, 2021.

5.      Attached hereto as **<u>Exhibit D</u>** is a true and correct copy of summary screenshots of the Youtube video titled "Anne Lockner – Drafts Laughter Ban Order For Kim Jong Un" dated December 29, 2021.

6.      Attached hereto as **<u>Exhibit E</u>** is a true and correct copy of summary screenshots of the Youtube video titled "Mahesha Subbaraman – Quintessential Low-T Sh*tlaw Attorney" dated December 13, 2021.

7.      Attached hereto as **Exhibit F** is a true and correct copy of summary screenshots of the Youtube video titled "K. Jon Breyer: Devoted to Defending Fraudsters, Felons and Pedophiles" dated October 11, 2021.

8.      Attached hereto as **Exhibit G** is a true and correct copy of summary screenshots of a ProtestPress.com article titled "K. Jon Breyer: Low-IQ Ambulance Chaser Defending Convicting Fraudsters" with an Internet address of "https://www.protestpress.com/k-jon-breyer-low-iq-ambulance-chaser-defending-convicted-fraudsters" dated October 11, 2021.

9.      Attached hereto as **Exhibit H** is a true and correct copy of summary screenshots of the iFunny.co Haynes Hansen "Ram Ranch" video dated January 2, 2022.

10.     Attached hereto as **Exhibit I** is a true and correct copy of Mahesha Subbaraman emails to me dated March 10-12, 2013.

**PLAINTIFF BROCK FREDIN'S JANUARY 3, 2022 RESPONSE**

11.     I did not willfully or intentionally violate the injunction.

12.     The new videos and websites are not "substantially similar" because there is no pending litigation.

13.     The videos and website in question are new.

14.     The new videos and websites do not contain "substantially similar" allegations or content.

15.     The new videos and websites are not "substantially similar" because they contain content related to legal cases or controversies where I am not involved.

16.     I did not publish the Haynes Hansen "Ram Ranch" video to https://ifunny.co/video/an-actual-youtube-ad-haynes-hansen-associate-at-robins-kaplan-ug3V3SaG8.

2

17.     Moreover, I did not publish the Haynes Hansen "Ram Ranch" video to any new platform following the November 23, 2020 injunction.  Furthermore, I did not direct any third party to publish the video to any platform including iFunny.co.  I was not aware of the video or website until doing research on my most recent set of appellate briefs in this case.

18.     Anne Lockner's statement that I "reposted" the video is knowingly false.  (*See Fredin v. Kreil*, Lockner Decl. p. 3 ¶ 6, Dock. No. 154.)

19.     I believe it's possible that Defendants posted the video or directed a third party to post the video to iFunny.co as yet another means to entrap me.  (*See* Ex. A.)

20.     I have known Mahesha Subbaraman for thirty-three (33) years.  Mr. Subbaraman and I attended grade school together in Apple Valley/Burnsville, Minnesota.  It must be said that Mr. Subbaraman and I grew up together in the same neighborhood.  In 2013, I formed a brief attorney-client privilege with Mr. Subbaraman while he was working at Robins Kaplan with respect to a legal matter.  (*See* Ex. B.)  Ms. Lockner's statements that the videos about Mr. Subbaraman violate the November 23, 2020 injunction are false because Mr. Subbaraman could not have represented Defendants given his conflict with me.  (*See Fredin v. Kreil*, Lockner Decl. p. 4 ¶ 19, Dock. No. 154.)

21.     This same assertion raises the question how Robins Kaplan can represent Defendants when Robins Kaplan previously formed a brief attorney-client privilege with me through Mr. Subbaraman.

22.     I have known Philip Sieff for upwards of ten (10) years.

23.     I have personally witnessed Mr. Sieff state publicly that he "relapsed" with respect to an addictive drug.

24.     Mr. Sieff made these statements at a location in Minneapolis, Minnesota.

3

25.     Over the course of ten (10) years, I personally witnessed Mr. Sieff repeatedly state that he "relapsed" or make statements consistent with the same.  At times, I recall Mr. Sieff state that he was "struggling" to remain sober given the stress incurred of litigation and his life as an attorney.

26.     During these times, I distinctly recall several previous or current clerks from the District Court of Minnesota present.  At times, I saw Mr. Sieff talking to these clerks/attorneys. Similarly, this includes then active clerks from the Eighth Circuit.

27.     Additionally, I recall the sons of federal judges present when Mr. Sieff made statements consistent with "relapse" and struggling to remain sober.

28.     I believe that Eric J. Magnuson is a current partner at Robins Kaplan and a former *very brief* Chief Justice of the Minnesota Supreme Court.

29.     I do recall likely meeting Chief Justice Eric J. Magnuson.  Chief Justice Magnuson and I were both present at Chief Justice Douglas K. Amdahl's funeral.  I believe Chief Justice Magnuson may have escorted my sister Faith Amdahl during Chief Justice Amdahl's final burial process at Fort Snelling.

30.     Given this conflict, the November 23, 2020 injunction could not apply to Robins Kaplan partner Philip Sieff or Chief Justice Eric J. Magnuson.

31.     Similarly, the websites involving Eighth Circuit Judge David Stras do not violate the November 23, 2020 injunction.  Judge Stras signed an *en banc* Order with respect to the same injunction.

## PLAINTIFF BROCK FREDIN'S JANUARY 3, 2022 SANCTIONS

32.     As described above, Ms. Lockner's statements regarding the Haynes Hansen video "respost" are knowing false and best addressed with sanctions.

33.     K. Jon Breyer filed a late supplemental brief or declaration stating that criticism involving his Tom Petters trustee representation with Doug Kelley was a violation of the November 23, 2020 injunction.  This is false and best addressed with sanctions.

34.     I was employed at Fingerhut's newly formed holding company, Blue Stem Brands, on the payments team as a software developer during portions of the bankruptcy.[1]  The injunction does not preclude me from criticizing K. Jon Breyer's corrupt litigation practice with respect to his representation tied to a company where I previously worked.

35.     I am requesting that Defendants and their counsel Robins Kaplan and Kutak Rock be referred to the state and federal Office of Professional Responsibility.


Dated: January 10, 2022
Saint Croix County, WI

  s/ Brock Fredin
Brock Fredin
Saint Croix County, WI 54002
(612) 424-5512 (tel.)
brockfredinlegal@icloud.com
*Plaintiff, Pro Se*

---

[1] *See* linkedin.com/in/brockfredin/





ROBINS KAPLAN LLP

REWRITING THE ODDS

Self-Proclaimed "America's Top 100 Attorney"
In Minneapolis

Philip Sieff
Procured Young Women
In Minneapolis' King Of Diamond Club
With Eric J. Magnuson



Sieff
Bragged to Magnuson
About Being High On Cocaine
During the I-35W Bridge Collapse Case ...

... And Hearings In
Senator Paul Wellstone's Plane Crash



... And Hearings In
Senator Paul Wellstone's Plane Crash





# B



Anne M. Lockner (He/Him) Proudly Declares That He Is A Member Of The Executive Board

AnneLockner.com



In Actuality, Lockner Manages Robins Kaplan With A Team Of Drug Addicts And Alcoholics

AnneLockner.com



Lockner Served On The Robins Kaplan Executive Board With Fellow Partner Philip Sieff

ANNE LOCKNER
AnneLockner.com
Business Litigator, Board Member, and Volunteer



Lockner Knew That Sieff Is A Drug Addict And Alcoholic

AnneLockner.com



Sieff Stated Publicly That He 'Relapsed' And Was 'Struggling' With Sobriety

AnneLockner.com



During The I-35W Bridge Collapse Case

AnneLockner.com



Lockner Knew That Sieff 'Relapsed' And Did Nothing Because It Would Jeopardize Robins Kaplan Profit

AnneLockner.com



**Drug Addicts That Publicly State That They Had 'Relapsed' During The I-35W Bridge Collapse Cases**

AnneLockner.com



In Other Words, Lockner Manages Robins Kaplan With A Team Of Drug Addicts And Alcoholics

AnneLockner.com



**Because It Would Jeopardize Robins Kaplan's Reputation And Credibility**

AnneLockner.com



Just As She Has Done In Many Other Instances Of Attorney Misconduct

AnneLockner.com



**Is Robins Kaplan The Firm You Want To Retain For Your Corporate Legal Affairs?**

AnneLockner.com



Is Lockner The Lawyer You Want To Retain?  A Partner Who Manages Critical Cases Using Drug Addicts?

AnneLockner.com







K. Jon Breyer Rapes Women And Abuses Associates

AttorneyKJonBreyer.com



"THIS IS EXECUTIVE LEVEL BUSINESS!"







AnneLockner.com

Lockner Is Recognized For Her Lead Roles In Personally Banning Laughter Throughout The United States

AnneLockner.com



Locker Is Dedicated And Committed To Banning All Laughter Anywhere It Lives Including North Korea

AnneLockner.com



The Order Stipulates That If A Resident Breaks The Laughter Ban, He Or She Can Be Arrested Or Fined

FRANK CAPRIO
CHIEF JUDGE

CAUGHT IN
PROVIDENCE



Any Resident Found Guilty Is Arrested And Treated As An Idealogical Criminal

AnneLockner.com



Lockner Drafted Language Requiring A 5 Year Long Special Duty On Police To "Crackdown" On Laughing

CAUGHT IN
PROVIDENCE

AnneLockner.com





AnneLockner.com

**Anne Lockner**

**Drafts Laughter Ban For Kim Jong Un**

#Hilarious #NoLaughing #LaughterBanned #RapMusic

#WeDon'tListenToRap









Subbaraman Was Fired As An Associate From Robins Kaplan LLP In 2014 ...











Mahesha Subbaraman:  Quintessential Low-T Shitlaw Attorney







In Reality, K. Jon Breyer Represents Fraudsters Like Tom Peters, The Former Owner Of Fingerhut

Minnesota Man Sentenced to 50 Years in Federal Prison for ...

Apr 8, 2010 — MINNEAPOLIS—Th... ph Petters, age 52, of Wayzata, Minn., has been sentenced to 50 years in federal prison for orchestrating a $3.7 ...

Fraudsters, Felons and Pedophiles



In Petters Co

o. 08-45257  08-45258(GFK).  08-45326(GFK).  08-45327(GFK).  08-
328(GFK).  08-45329(GFK).  08-45330(GFK).  08-45331(GFK).  08-
371(GFK).  08-45392(GFK).

013-06-19

Kirstin D. Kanski, Terrence J. Fleming, K. Jon Breyer, Adam C. Ballinger,
Mark D. Larsen, James A. Lodoen, Sandra S. Smalley–Fleming, Jeffrey D.

Petters Company, Inc., et al., Debtors. - Brenda Grantland

Polaroid, JPMC received ... K. Jon Breyer (#302259). 3902 IDS Center.

## Tom Petters Was Convicted
## On Over 20 Counts Of Business Fraud...

Minnesota Man Sentenced to 50 Years in Federal Prison for ...

Apr 8, 2010 — MINNEAPOLIS—Thomas ...... ters, age 52, of Wayzata, Minn., has been
sentenced to 50 years in federal prison for ..... eating a $3.7 ...

By: _s/ Thomas E. Jamison_
Thomas E. Jamison (#220061)
Douglas L. Elsass (#219241)
K. Jon Breyer (#302259)
3902 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 344-9700
Facsimile: (612) 344-9705

ATTORNEYS FOR DOUGLAS A.
KELLEY CHAPTER 11 TRUSTEE

For Stealing From Investors And His Employees...

KJonBreyer.com



TOM

And Was Sentenced To Over 50 Years In Prison...

PETTERS COMPANY INCORPORA

KJonBreyer.com

K Jon Breyer Is A Low-T Loser Attorney Forced To Represent Fraudsters And Scumbags Like Tom Petters

Fraudsters, Felons and Pedophiles

**K Jon Breyer Is A Low-T Loser Attorney Forced
To Represent Fraudsters And Scumbags Like Tom Petters**

FOX   PETTERS HEARING

KJonBreyer.com

ST PAUL

Scroll for details

# G



K. Jon Breyer

Low-IQ Ambulance Chaser Defending Convicted Fraudsters

LEGAL

# K. Jon Breyer: Low-IQ Ambulance Chaser Defending Convicted Fraudsters

Low-T K. Jon Breyer steals money from fraud victims.


By Protest Press Staff
Published October 11, 2021

  

SE 0:20-cv-01929-SRN-HB    Doc. 182    Filed 01/10/22    Page 60 o

K. Jon Breyer is an attorney who has made his living defending fraudsters, felons and pedophiles. Breyer defends fraudsters like Tom Petters.

Breyer represented the trustee in Minnesota's biggest Ponzi scheme where he bilked large attorney fees in an effort to divert money meant for victims of the fraud.

Petters was convicted on over 20 counts of business fraud for stealing from investors and his employees. Petters was sentenced to over 50 years in prison.

In effect, enabling Breyer to engorge himself unchecked in Petters bankruptcy trust where he and his team of lawyers including Doug Kelley ran all of Petter's companies into the ground in an effort to sell off any profitable asset to churn large sums for their firms.

Breyer picked away at the Petters bankruptcy carcass for years, until there was nothing left for unsecured creditors, like the bondholders, who are only one level above the stockholders in priority.

**In this article:** Featured, Lawyers

In this article



WRITTEN BY

## Protest Press Staff

ProtestPress.com staff is dedicated to exposing the vast corruption and
dysfunction throughout Minnesota, New York and Wisconsin. In addition,
ProtestPress.com staff write about current trending activities on a more global
scale.


💬 Click to comment





Mr. Hansen is Minnesota's foremost expert in Ranching Law

ORION   3 jan 2021                    2   3

Copy link          Pinterest



# ORION

524 subscribers • 1.5K subscriptions

Photographer, car person, outdoorsman, volunteer firefighter.

An actual youtube ad. - Haynes Hansen Associate at Robins ...

iFunny
Jan 2, 2021



**Mahesha Subbaraman** has sent you a message

**Date:** 3/12/2013

**Subject:** Thanks for Coming out to Downtown for Lunch

Hey Brock -- It was good having lunch with you today. I'm glad to see that ████████████████████ ████████, and I much appreciated our discussion on a variety of subjects. Hope we can do it again in the future!

Best,

Mahesha

**Mahesha Subbaraman** has sent you a message.

**Date:** 3/10/2018

**Subject:** RE: hey oh

Hey Brock,

Lunch this week sounds like a great idea!

I'm free on Tuesday and Thursday (say Noon?).

Do either of those days work for you?

Also, in terms of location, any place in downtown Minneapolis works for me -- I'm a big fan of ███████
██████ Capital Grille, and Atlas Grill.

Best,

Mahesha