UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

BROCK FREDIN,

            Plaintiff,

--against--

LINDSEY MIDDLECAMP,

            Defendants.

District Court Case No. 17-CV-3058 (SRN)

---

BROCK FREDIN,

            Plaintiff,

--against--

GRACE MILLER,
CATHERINE SCHAEFER,

            Defendants.

District Court Case No. 18-CV-466 (SRN)

---

BROCK FREDIN,

            Plaintiff,

--against--

JAMIE KREIL,

            Defendant.

District Court Case No. 20-CV-01929 (SRN)

**<u>DECLARATION OF BROCK FREDIN</u>**

STATE OF WISCONSIN        }
                          ss:
COUNTY OF SAINT CROIX     }

BROCK FREDIN, being duly sworn, deposes and says:

1.  I am the Plaintiff in the above-captioned proceeding.  I submit this declaration in support of my motion to disqualify Robins Kaplan filed on January 14, 2022.  For the reasons stated herein and within the memorandum of law in support of diqualification, I respectfully seek to disqualify and sanction Robins Kaplan including Anne Lockner, J. Haynes Hansen, Philip Sieff, and Charlie Gokey.

## AUTHENTICATION OF DOCUMENTS

2.  Attached hereto as **Exhibit A** is a true and correct copy of emails between Robins Kaplan partner Philip Sieff and Brock Fredin dated August 17, 2021.

3.  Attached hereto as **Exhibit B** is a true and correct copy of emails between Robins Kaplan then associate Adam Kohnstamm and Brock Fredin dated August 1, 2017.

## PLAINTIFF BROCK FREDIN'S JANUARY 14, 2022 DISQUALIFICATION DECLARATION

4.  In 2017, I obtained attorney-client privilege with Robins Kaplan partner Philip Sieff.

5.  In 2017, I discussed the case captioned *Fredin v. Middlecamp*, Case No. 17-CV-3058 ("*Fredin v. Middlecamp*") with Mr. Sieff.

6.  Between June and August 2017, I discussed *Fredin v. Middlecamp* in-person with Mr. Sieff at a weekly religious venue located in Minneapolis.

7.  On August 17, 2017, I discussed *Fredin v. Middlecamp* over email with Mr. Sieff. (*See* Ex. A.)

8. On August 1, 2017, I discussed these cases with Robins Kaplan associates Adam M. Kohnstamm and Sarah E. Friedricks over email. (*See* Ex. B.)

9. In that email, I sent a Microsoft Word version of the *Fredin v. Middlecamp* Complaint and a motion to dismiss involving *Middlecamp v. Fredin*, Case No. 62-HR-CV-17-233, Ramsey County District Court to Mr. Sieff.

10. Additionally, I believe that I discussed similar allegations involving Defendant Miller and Schaefer with Mr. Sieff.

11. Between June and July 2017, at the times where I discussed these cases with Mr. Sieff in-person, I witnessed numerous other lawyers regularly present in the same room.

12. In that room, I regularly recall attorneys Edwin Chanin, Caitlinrose H. Fisher, and Steven Nyberg present.

13. In that room, at the close of at least one if not more weekly events, I do vaguely recall Mr. Chanin, Mr. Sieff, and I discussing *Middlecamp v. Fredin*.

Dated: January 14, 2022
Saint Croix County, WI

s/ Brock Fredin
Brock Fredin
Saint Croix County, WI 54002
(612) 424-5512 (tel.)
brockfredinlegal@icloud.com
*Plaintiff, Pro Se*

2



# A

 Gmail                                                                   Brock F <brockf12@gmail.com>

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

**Brock F** <brockf12@gmail.com>                                          Thu, Aug 17, 2017 at 12:52 AM
To: psieff@robinskaplan.com



**Fredin Memorandum of Law.docx**
36K

**FREDIN.COMPLAINT (3).docx**
387K

 Gmail                                                              Brock F <brockf12@gmail.com>

███████████████████████████

**Sieff, Philip L.** <PSieff@robinskaplan.com>                       Thu, Aug 17, 2017 at 10:47 AM
To: Brock F <brockf12@gmail.com>

Brock



Phil


Philip Sieff - Partner

**Robins Kaplan LLP**

800 LaSalle Avenue | 2800 LaSalle Plaza | Minneapolis, MN 55402

Direct 612.349.0106 | Fax 612.339.4181 | **PSieff@robinskaplan.com**| RobinsKaplan.com

Bio: Click Link

[Quoted text hidden]

_____

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins Kaplan LLP
http://www.robinskaplan.com

_____

# B



Brock F <brockf12@gmail.com>

**Kohnstamm, Adam M.** <AKohnstamm@robinskaplan.com>  Tue, Aug 1, 2017 at 3:02 PM
To: Brock F <brockf12@gmail.com>
Cc: "Friedricks, Sarah E." <SFriedricks@robinskaplan.com>

Mr. Fredin,

Adam Kohnstamm

[Quoted text hidden]

_____

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins Kaplan LLP
http://www.robinskaplan.com
_____