UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Jamie Kreil,<br><br>    Defendant. | Case No. 0:20-cv-01929-SRN-HB |
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Lindsey Middlecamp,<br><br>    Defendant. | Case No. 0:17-cv-03058-SRN-HB |
| Brock Fredin,<br><br>    Plaintiff,<br><br>v.<br><br>Grace Elizabeth Miller and Catherine Marie Schaefer,<br><br>    Defendants. | Case No. 0:18-cv-00466-SRN-HB |

**Declaration of Anne Lockner in Support of Defendants' Opposition to Plaintiff's Motion for Rule 11 Sanctions and Cross Motion to Seal and Preclude Further Filings**

1

Pursuant to 28 U.S.C. § 1746, I, Anne M. Lockner, declare:

1. I am a partner at Robins Kaplan LLP, counsel for Defendant Jamie Kreil. I submit this declaration in support of the Defendants' Opposition to Plaintiff's Motion for Rule 11 Sanctions and Cross Motion to Seal and Preclude Further Filings.

2. Brock Fredin did not serve his Motion for Rule 11 Sanctions (Dkt. 168) on me or my colleagues prior to filing it.

3. Mahesha Subbaraman left Robins Kaplan LLP over seven years ago.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 18th day of January, 2022, in Minneapolis, MN.

By: _s/Anne M. Lockner_