UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

BROCK FREDIN,

        Plaintiff,

--against--
                             District Court Case No. 17-CV-3058 (SRN)

LINDSEY MIDDLECAMP,
                             **NOTICE OF HEARING**

        Defendants.

---

BROCK FREDIN,

        Plaintiff,
                             District Court Case No. 18-CV-466 (SRN)

--against--

GRACE MILLER,
CATHERINE SCHAEFER,
                             **NOTICE OF HEARING**

        Defendants.

---

BROCK FREDIN,

        Plaintiff,

--against--
                             District Court Case No. 20-CV-01929 (SRN)

JAMIE KREIL,
                             **NOTICE OF HEARING**

        Defendant.

**TO:** Karl Johann Breyer
Kutak Rock
60 South 6th St, #3400
Minneapolis, MN 55402
Counsel for Defendants Lindsey Middlecamp, Grace Miller, and Catherine Schaefer

Anne M. Lockner
Robins Kaplan, LLP
8000 Lasalle Ave
Minneapolis, MN 55402
Counsel for Defendant Kreil

**TAKE NOTICE** that as soon as the Court deems proper, or as soon as can be heard, Plaintiff Brock Fredin will move the Court for an order:

1. Emergently staying Defendants December 16, 2021 show cause motion and related briefing Orders including any related proceedings pending resolution of Plaintiff's January 14, 2022 disqualification motion pursuant to Fed R. Civ. P. Rule 62 or the Court's broad discretion.

2. Verification and acknowledgements:

   a) The information contained in this document and the enclosed Memorandum of Law is true and correct to the best of my knowledge;

   b) I have not been determined by any court to be a frivolous litigant and I am not the subject of an order precluding me from serving or filing this document;

   c) I am not serving or filing this document for any improper purpose, such as to harass the other party or to cause delay or needless increase in the cost of litigation or to commit a fraud on the court; and

    d) I understand that the court can order me to pay money to the other party, including the reasonable expenses incurred by the other party if the above statements are not true.

The grounds for this motion are as stated in the attached Memorandum of Law.

Dated: January 18, 2022
Saint Croix Co., WI

 

s/ Brock Fredin
Brock Fredin
Saint Croix Co., WI 54002
(612) 424-5512 (tel.)
brockfredinlegal@icloud.com
*Plaintiff, Pro Se*