**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Brock Fredin,

          Plaintiff,

v.

Jamie Kreil,

          Defendant.

Civil No. 20-cv-1929 (SRN/HB)

**ORDER ON JOINT MOTIONS REGARDING CONTINUED SEALING**

Before the Court are the Joint Motions Regarding Continued Sealing (ECF Nos. 200, 214), pursuant to Local Rule 5.6(d), concerning certain documents filed under seal (specifically, ECF Nos. 154, 154-1, 154-2, 154-3, 154-4, 154-5, 154-6, 154-7, 154-8, 154-9, 154-10, 154-11, 154-12, 154-13, 154-14, 154-15, 160, 165, 165-1, 165-2, 165-3, 165-4, 165-5, 165-6, 165-7, 165-8, 165-9, 173, 205, 205-1, 205-2). Having reviewed the motions and the documents filed under seal, as well as all of the files, records and proceedings herein, the Court finds good cause for sealing has been shown, and therefore,

**IT IS HEREBY ORDERED** that the Joint Motions (ECF Nos. 200, 214) are **GRANTED**, as follows:

1. The following documents filed under seal shall remain sealed and the Clerk is directed to keep the following documents sealed:

    ECF Nos. 154, 154-1, 154-2, 154-3, 154-4, 154-5, 154-6, 154-7, 154-8, 154-9, 154-10, 154-11, 154-12, 154-13, 154-14, 154-15, 160, 165, 165-1, 165-2, 165-3, 165-4, 165-5, 165-6, 165-7, 165-8, 165-9, 173, 205, 205-1, 205-2.

2

Dated:  May 31, 2022         s/*Hildy Bowbeer*
                             HILDY BOWBEER
                             United States Magistrate Judge

2